Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, California 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOUR M'S CONSTRUCTION & BACKHOE, INC., a California Corporation, et al., <br><br> Defendants. | Case No. 3:18-cv-01729-LB <br><br> **DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION** |

TO CLERK OF THE COURT:

I, Luz E. Mendoza, declare under penalty of perjury that:

1.    I am the attorney for the Plaintiffs in the above-entitled action.

2.    On April 1, 2020, within ten years past, a First Amended Judgment Pursuant to Stipulation ("Stipulation" or "Judgment") was entered in favor of Plaintiffs and against Defendant Four M's Construction & Backhoe, Inc., a California corporation, and Defendant K. David Mayhugh, an individual, (collectively "Defendants") in the amount of $36,567.03 (including conditionally waived liquidated damages of $12,643.32).  (Attached hereto as *Exhibit A* and incorporated herein by reference is a true and correct copy of the Stipulation, Dkt. No. 26.)

1

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

3.    Defendant K. David Mayhugh (hereinafter "Guarantor") personally guaranteed all amounts due under the terms of Stipulation, as stated in Paragraph 3 therein.

4.    Pursuant to the terms of the Stipulation, Defendants are required to deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until the Stipulation has been fully satisfied:

| Required Submissions | Delivery deadlines | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $2,105.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (3/15/20-2/15/21) <br><br> ***The first payment, due on 3/15/20, can be delivered on or before 3/25/20*** | Michele R. Stafford <br> Saltzman & Johnson Law Corp. <br> 1141 Harbor Bay Parkway, #100 <br> Alameda, California 94502 |
| **Current contribution reports and payments** payable to *Operating Engineers Trust Funds* | 15th day of each month (beginning with 3/15/20, for 2/20 hours) <br><br> ***The first contribution report and payment, due on 3/15/20, can be delivered on or before 3/25/20*** | Operating Engineers Trust Funds <br> P.O. Box 3157 <br> Hayward, CA 94540-3157 <br><br> Plus copies to: <br> compliance@sjlawcorp.com <br> (subject: "Four M's Construction & Backhoe, Inc."); |
| **Completed job reports** (form attached as Exhibit A to Stipulation) <br><br> **and Certified Payroll** (if requested) | 15th day of each month (beginning with 3/15/20, for 2/20 hours) <br><br> ***The first report, due on 3/15/20, can be delivered on or before 3/25/20*** | compliance@sjlawcorp.com <br> (subject: "Four M's Construction & Backhoe, Inc.") <br> or <br> Michele R. Stafford <br> Saltzman & Johnson Law Corp. <br> 1141 Harbor Bay Parkway, #100 <br> Alameda, California 94502 |

(*See Exhibit A*, ¶7.)

5.    Defendants' failure to comply with any of the above-listed requirements constitutes a default of their obligations under the terms of the Stipulation.  (*See Exhibit A*, ¶8.)

6.    Upon Defendants' default, Plaintiffs are to send a written demand to Defendants to cure the default within seven (7) days of the date of the notice from Plaintiffs. (*See Exhibit A,* ¶8.)

///

///

2

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

7. Paragraph 10 of the Stipulation provides that, in the case of Defendants' default of the terms of the Stipulation, "*A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.*" **This is the required Declaration.**

8. **Defendants are in default of the terms of the Stipulation**, and the amounts Defendants currently owe pursuant to the Stipulation are described herein.

9. **Contribution payments; default:** Paragraph 6(b) of the Stipulation requires that, beginning with contributions due for hours worked by Defendants' employees during the month of February 2020, Defendants must remain current in reporting and payment of contributions due to Plaintiffs. Contributions are due on the 15th day of the following month after work is performed and are delinquent if not received by the 25th day of that month.

10. Pursuant to Paragraph 9 of the Stipulation, any unpaid current contributions or late-paid contributions, together with 20% liquidated damages and 10% per annum interest accrued on the contributions shall be added to and become part of the Judgment and subject to the terms therein. This includes, but is not limited to, any amount due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to the Trust Fund policy.

11. Pursuant to Paragraph 8 of the Stipulation, Defendants shall also pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment.

12. **Default:** Defendants defaulted on their obligations by: failing to pay their reported contributions for the months of November 2022 through February 2023 for contract no. 1206; failing to report and pay their contributions for the months of January 2022 through September 2022 and November 2022 through June 2023 for contract no. 2324 (alternate ID 030464-93) as well as January 2022 through August 2022, and March 2023 through June 2023 for contract no. 1206 (alternate ID 030462-24); and paying their contributions late for the months of February 2021 through May 2021, July 2021 through December 2021,  September 2022, and October 2022.

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

13. **Notice of default; Defendants' failure to cure:** On December 21, 2023, pursuant to Paragraph 8 of the Stipulation, Plaintiffs sent a written demand to Defendants to cure the default by: submitting their unreported and unpaid contributions as indicated in the default notice, paying their reported contributions as well as liquidated damages and interest incurred thereon, paying the liquidated damages and interest incurred on their late-paid contributions, paying the liquidated damages due from the Stipulation, and paying additional attorneys' fees and costs incurred through October 31, 2023. Defendants failed to report and pay the requested contributions, liquidated, damages, interest, attorneys' fees and costs. Attached hereto as *Exhibit B* and incorporated herein by reference is a true and correct copy of Plaintiffs' December 21, 2023 demand to Defendants.

14. **Total Due:** The total known amount currently due under the Judgment, pursuant to the terms of the Stipulation, is **$150,522.59**, as described in detail below.

a) Conditional Principal Balance: **$0.00.** Payments totaling $25,296.75 were submitted toward the conditional Judgment amount of $23,923.71, which were applied as follows: $1,373.04 to interest (calculated at 10% per annum on the conditional balance); and $23,923.71 to principal, reducing the conditional principal balance due to $0.00.

b) Conditionally Waived Liquidated Damages: **$12,643.32.** This amount became due and payable to Plaintiffs upon Defendants' ongoing default – which included paying their stipulated payments and contributions for the months of February 2021 through May 2021, July 2021 through December 2021, September 2022, and October 2022 late (thereby incurring additional liquidated damages and interest) during the course of the time frame under which they were to comply with the terms of the Stipulation.

c) Interest on the Judgment Principal Balance: **$5,899.30.** This amount is calculated at 10% per annum on the Judgment balance ($12,643.32), for the period from February 19, 2021, which is the last date Defendants made their Stipulated payment, through October 20, 2025 ($12,643.32 Judgment balance X 10% = 1,264.33; 1264.33 /365 = 3.46 daily interest rate; 2/19/21-10/20/25 = 1705 delinquent days; $3.46 X 1705 delinquent days = **$5,899.30**.

///

4

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
Case No.: 3:18-cv-01729-LB

d)    Unpaid Contributions, Liquidated Damages, and Interest Thereon; Unreported Contributions, Liquidated Damages, and Interest Thereon; Liquidated Damages and Interest on Late-Paid Contributions: **$110,248.83.** Defendants paid their February 2021 through May 2021, July 2021 through December 2021, September 2022, and October 2022 contributions late thereby incurring liquidated damages and interest pursuant to the Stipulation; failed to pay their reported contributions for the months of November 2022 through February 2023 as well as liquidated damages and interest incurred thereon; and failed to report and pay contributions for the months of January 2022 through September 2022 and November 2022 through June 2023 for contract no. 2324 (alternate ID 030464-93) as well as January 2022 through August 2022, and March 2023 through June 2023 for contract no. 1206 (alternate ID 030462-24):

**Liquidated Damages and Interest Incurred on Defendants Late-Paid Contributions for the Months of February 2021 through May 2021, July 2021 through December 2021, September 2022, and October 2022 ($10,013.15 total):**

February 2021 late payment: Defendants' contributions for the work month of February 2021 were due on March 15, 2021 and were delinquent when not paid by March 25, 2021. Defendants reported $4,048.64 due for the month of February 2021 and payment was received late on March 26, 2021.  Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,048.64) is **$809.73**. Interest is calculated as follows: $4,048.64 multiplied by 10% provides a yearly interest amount of $404.86. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.11. Payment was 1 day late as it was delinquent as of March 26, 2021 and not received until March 26, 2021. Therefore, the $1.11 daily interest rate multiplied by 1 day is **$1.11**. The total liquidated damages and interest owed for the work month of February 2021 is **$810.84**.

March 2021 late payment: Defendants' contributions for the work month of March 2021 were due on April 15, 2021 and were delinquent when not paid by April 25, 2021. Defendants reported $4,048.64 due for the month of March 2021 and payment was received late on April 26, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,048.64) is **$809.73**. Interest is calculated as follows:

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

$4,048.64 multiplied by 10% provides a yearly interest amount of $404.86. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.11. Payment was 1 day late as it was delinquent as of April 26, 2021 and not received until April 26, 2021. Therefore, the $1.11 daily interest rate multiplied by 1 day is **$1.11**. The total liquidated damages and interest owed for the work month of March 2021 is **$810.84**.

April 2021 late payment: Defendants' contributions for the work month of April 2021 were due on May 15, 2021 and were delinquent when not paid by May 25, 2021. Defendants reported $4,048.64 due for the month of April 2021 and payment was received late on June 8, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,048.64) is **$809.73**. Interest is calculated as follows: $4,048.64 multiplied by 10% provides a yearly interest amount of $404.86. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.11. Payment was 14 days late as it was delinquent as of May 26, 2021 and not received until June 8, 2021. Therefore, the $1.11 daily interest rate multiplied by 14 days is **$15.54**. The total liquidated damages and interest owed for the work month of Apil 2021 is **$825.27**.

May 2021 late payment: Defendants' contributions for the work month of May 2021 were due on June 15, 2021 and were delinquent when not paid by June 25, 2021. Defendants reported $4,048.64 due for the month of May 2021 and payment was received late on July 9, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,048.64) is **$809.73**. Interest is calculated as follows: $4,048.64 multiplied by 10% provides a yearly interest amount of $404.86. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.11. Payment was 14 days late as it was delinquent as of June 26, 2021 and not received until July 9, 2021. Therefore, the $1.11 daily interest rate multiplied by 14 days is **$15.54**. The total liquidated damages and interest owed for the work month of May 2021 is **$825.27**.

July 2021 late payment: Defendants' contributions for the work month of July 2021 were due on August 15, 2021 and were delinquent when not paid by August 25, 2021. Defendants reported $4,087.04

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

due for the month of July 2021 and payment was received late on September 7, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 13 days late as it was delinquent as of August 26, 2021 and not received until September 7, 2021. Therefore, the $1.12 daily interest rate multiplied by 13 days is **$14.56**. The total liquidated damages and interest owed for the work month of July 2021 is **$831.97**.

August 2021 late payment: Defendants' contributions for the work month of August 2021 were due on September 15, 2021 and were delinquent when not paid by September 25, 2021. Defendants reported $4,087.04 due for the month of August 2021 and payment was received late on September 27, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 2 days late as it was delinquent as of September 26, 2021 and not received until September 27, 2021. Therefore, the $1.12 daily interest rate multiplied by 2 days is **$2.24**. The total liquidated damages and interest owed for the work month of August 2021 is **$819.65**.

September 2021 late payment: Defendants' contributions for the work month of September 2021 were due on October 15, 2021 and were delinquent when not paid by October 25, 2021. Defendants reported $4,087.04 due for the month of September 2021 and payment was received late on October 29, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 4 days late as it was delinquent as of October 26, 2021 and not received until October 29, 2021. Therefore, the $1.12 daily interest rate multiplied by 4 days is **$4.48**. The total liquidated damages and interest owed

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

for the work month of September 2021 is **$821.89**.

October 2021 late payment: Defendants' contributions for the work month of October 2021 were due on November 15, 2021 and were delinquent when not paid by November 25, 2021. Defendants reported $4,087.04 due for the month of October 2021 and payment was received late on November 29, 2021. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 4 days late as it was delinquent as of November 26, 2021 and not received until November 29, 2021. Therefore, the $1.12 daily interest rate multiplied by 4 days is **$4.48**. The total liquidated damages and interest owed for the work month of October 2021 is **$821.89**.

November 2021 late payment: Defendants' contributions for the work month of November 2021 were due on December 15, 2021 and were delinquent when not paid by December 25, 2021. Defendants reported $4,087.04 due for the month of November 2021 and payment was received late on January 28, 2022. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 34 days late as it was delinquent as of December 26, 2021 and not received until January 28, 2022. Therefore, the $1.12 daily interest rate multiplied by 34 days is **$38.08**. The total liquidated damages and interest owed for the work month of November 2021 is **$855.49**.

December 2021 late payment: Defendants' contributions for the work month of December 2021 were due on January 15, 2022 and were delinquent when not paid by January 25, 2022. Defendants reported $4,087.04 due for the month of December 2021 and payment was received late on February 24, 2022. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,087.04) is **$817.41**. Interest is calculated as follows: $4,087.04 multiplied by 10% provides a yearly interest amount of $408.70. To calculate the

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

daily rate, this total is divided by 365 days, to find a daily interest rate of $1.12. Payment was 30 days late as it was delinquent as of January 26, 2022 and not received until February 24, 2022. Therefore, the $1.12 daily interest rate multiplied by 30 days is **$33.60**. The total liquidated damages and interest owed for the work month of December 2021 is **$851.01**.

September 2022 late payment: Defendants' contributions for the work month of September 2022 were due on October 15, 2022 and were delinquent when not paid by October 25, 2022. Defendants reported $4,189.44 due for the month of September 2022 and payment was received late on December 5, 2022. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,189.44) is **$837.89**. Interest is calculated as follows: $4,189.44 multiplied by 10% provides a yearly interest amount of $418.94. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.15. Payment was 41 days late as it was delinquent as of October 26, 2022 and not received until December 5, 2022. Therefore, the $1.15 daily interest rate multiplied by 41 days is **$47.15**. The total liquidated damages and interest owed for the work month of September 2022 is **$885.04**.

October 2022 late payment: Defendants' contributions for the work month of October 2022 were due on November 15, 2022 and were delinquent when not paid by November 25, 2022. Defendants reported $4,189.44 due for the month of October 2022 and payment was received late on December 9, 2022. Accordingly, based on the terms of the Stipulation, both 20% liquidated damages and 10% interest are due: 20% of the total amount reported due ($4,189.44) is **$837.89**. Interest is calculated as follows: $4,189.44 multiplied by 10% provides a yearly interest amount of $418.94. To calculate the daily rate, this total is divided by 365 days, to find a daily interest rate of $1.15. Payment was 14 days late as it was delinquent as of November 26, 2022 and not received until December 9, 2022. Therefore, the $1.15 daily interest rate multiplied by 14 days is **$16.10**. The total liquidated damages and interest owed for the work month of October 2022 is **$853.99**.

///

///

///

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

**November 2022 through February 2023 Unpaid Contributions, Liquidated Damages and Interest Thereon (<mark>$24,636.87 total</mark>):**

Unpaid November 2022 Contributions: Defendants reported but failed to pay **$4,189.44** for November 2022 contributions. Therefore 20% liquidated damages in the amount of **$837.89** ($4,189.44 multiplied by 20% = $837.89) were assessed on the total contributions reported. 10% per annum interest totaling **$1,184.50** ($1.15 daily interest) has also accrued thereon from December 26, 2022 through October 20, 2025 (1030 days late). The total contributions, liquidated damages, and interest owed for the work month of November 2022 is **$6,211.83**.

Unpaid December 2022 Contributions: Defendants reported but failed to pay **$4,189.44** for December 2022 contributions. Therefore 20% liquidated damages in the amount of **$837.89** ($4,189.44 multiplied by 20% = $837.89) were assessed on the total contributions reported. 10% per annum interest totaling **$1,148.85** ($1.15 daily interest) has also accrued thereon from January 26, 2023 through October 20, 2025 (999 days late). The total contributions, liquidated damages, and interest owed for the work month of December 2022 is **$6,176.18**.

Unpaid January 2023 Contributions: Defendants reported but failed to pay **$4,189.44** for January 2023 contributions. Therefore 20% liquidated damages in the amount of **$837.89** ($4,189.44 multiplied by 20% = $837.89) were assessed on the total contributions reported. 10% per annum interest totaling **$1,113.20** ($1.15 daily interest) has also accrued thereon from February 26, 2023 through October 20, 2025 (968 days late). The total contributions, liquidated damages, and interest owed for the work month of January 2023 is **$6,140.53**.

Unpaid February 2023 Contributions: Defendants reported but failed to pay **$4,189.44** for February 2023 contributions. Therefore 20% liquidated damages in the amount of **$837.89** ($4,189.44 multiplied by 20% = $837.89) were assessed on the total contributions reported. 10% per annum interest totaling **$1,081.00** ($1.15 daily interest) has also accrued thereon from March 26, 2023 through October 20, 2025 (940 days late). The total contributions, liquidated damages, and interest owed for the work month of February 2023 is **$6,108.33**.

//

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

**Unreported Contributions for the months of January 2022 through September 2022 and November 2022 through June 2023 <mark>for contract no. 2324 (alternate ID 030464-93</mark>):**

Defendants failed to report and pay contributions for the months of January 2022 through **September 2022** and **November 2022 through June 2023** for contract no. 2324 (alternate ID 030464-93). Pursuant to Plaintiffs' Trust Fund policy, contributions for unreported months are estimated based on the last report submitted, or on the average of the last three months reported, or on the average of the last three months, whichever is greater. Defendants reported $0/zero hours for the months of November 2021, December 2021, and October 2022. Therefore, Plaintiffs cannot estimate any amounts owed for January 2022 through September 2022 and November 2022 through June 2023 contributions.

**Unreported Contributions, Liquidated Damages, and Interest Thereon for the months of January 2022 through August 2022, and March 2023 through June 2023 <mark>for contract no. 1206 (alternate ID 030462-24) (estimated total for contributions, LDs, and interest is $75,598.81</mark>):**

Defendants failed to report and pay contributions for the months of **January 2022 through August 2022** and **March 2023 through June 2023** for contract no. 1206 (alternate ID 030462-24). Pursuant to Plaintiffs' Trust Fund policy, contributions for unreported months are estimated based on the last report submitted, or on the average of the last three months reported, or on the average of the last three months, whichever is greater.

a.  The last report in which Defendants reported contributions for contract no. 1206 (alternate ID 030462-24) was for February 2023 in the amount of $4,189.44 in contributions.

b.  An average of the last three (3) months in which contributions were reported is as follows: $4,189.44 for December 2022 + $4,189.44 for January 2023 + $4,189.44 for February 2023 = $12,568.32; $12,568.32 / 3 = $4,189.44.

c.  As Defendants reported the same amounts due for December 2022, January 2023, and February 2023, method 1 and 2 result in the same amount. Therefore, the estimated amount that Defendants would owe for each month where they have not submitted a contribution report would be **$4,189.44** per month (January 2022 through August 2022 and March 2023 through June 2023 for contract no. 030462-24).

11

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

d.    Estimated liquidated damages are calculated at 20% of that amount as a lawsuit was filed, resulting in **$837.89** due in liquidated damages for each month where they have not submitted a contribution report.

e.    Estimated interest for each month where Defendants have not submitted a contribution report has been calculated from the 26th of the following month in which the contributions were due until October 20, 2025.

January 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported January 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,532.95** (1333 days) has accrued thereon from February 26, 2022 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of January 2022 is **$6,560.28**.

February 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported February 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,500.75** (1305 days) has accrued thereon from March 26, 2022 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of February 2022 is **$6,528.08**.

March 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported March 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,465.10** (1274 days) has accrued thereon from April 26, 2022 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of March 2022 is **$6,492.43**.

April 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported April 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per

12

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

annum interest in the amount of **$1,430.60** (1244 days) has accrued thereon from May 26, 2022 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of April 2022 is **$6,457.93.**

May 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported May 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,394.95** (1213 days) has accrued thereon from June 26, 2022 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of May 2022 is **$6,422.28.**

June 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported June 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,360.45** (1183 days) has accrued thereon from July 26, 2022 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of June 2022 is **$6,387.78.**

July 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported July 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,324.80** (1152 days) has accrued thereon from August 26, 2022 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of July 2022 is **$6,352.13.**

August 2022 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported August 2022 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,289.15** (1121 days) has accrued thereon from September 26, 2022 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of August 2022 is **$6,316.48.**

13

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

March 2023 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported March 2023 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,045.35** (909 days) has accrued thereon from April 26, 2023 through October 20, 2025.  The total estimated contributions, liquidated damages, and interest owed for the work month of March 2023 is **$6,072.68.**

April 2023 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported April 2023 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$1,010.85** (879 days) has accrued thereon from May 26, 2023 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of April 2023 is **$6,038.18.**

May 2023 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported May 2023 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$975.20** (848 days) has accrued thereon from June 26, 2023 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of May 2023 is **$6,002.53.**

June 2023 Unpaid Contributions, LDs, and Interest: Plaintiffs estimate **$4,189.44** in contributions as due for Defendants' unreported June 2023 contributions. As indicated above, liquidated damages in the amount of **$837.89** were assessed on the total contributions estimated as due. 10% per annum interest in the amount of **$940.70** (818 days) has accrued thereon from July 26, 2023 through October 20, 2025. The total estimated contributions, liquidated damages, and interest owed for the work month of June 2023 is **$5,968.03.**

e)    Attorneys' Fees/Costs: **$23,603.62.** Pursuant to Section 6(e) of the Stipulation, "*Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs*."  Attorneys' fees and costs through February 26, 2020 are

14

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

included in the Stipulation. Additional attorneys' fees in the amount of **$8,707.81** and costs in the amount of **$33.02** were incurred from February 27, 2020[1] through January 31, 2024. Additional attorneys' fees and costs were incurred from February 1, 2024 through September 30, 2025 in the total amount of **$14,862.79** for a total of **$23,603.62** due in attorneys' fees and costs. The work performed is detailed in the billing records attached hereto as ***Exhibit C-1 to C-6***[2].

       f)    Credit: The Trust Funds' Administrator informed Plaintiffs' Counsel of an unapplied credit in Defendants' account in the total amount of $1,872.48. Plaintiffs therefore deduct this credit from the subtotal due (costs after Judgment) to reduce the total balance due.

       g)    Interest on the Writ Amount: **$41.24 per day, from the date of issuance of the Writ of Execution**.

       h)    To summarize the above, the following known amounts are now due by Defendants:

| | | | |
|---|---|---|---|
| Conditional Stipulation Balance: | | *$0.00* | |
| Liquidated Damages included in Stipulation: | | $12,643.32 | |
| **Subtotal (Principal Balance):** | | | **$12,643.32** |
| 10% Interest on Conditional Stipulation Balance (2/19/21-10/20/25): | $5,899.30 | | |
| | | $5,899.30 | |
| 20% Liquidated Damages on Late-Paid 2/21 Contributions: | $809.73 | | |
| 10% Interest on Late-Paid 2/21 Contributions: | $1.11 | | |
| 20% Liquidated Damages on Late-Paid 3/21 Contributions: | $809.73 | | |
| 10% Interest on Late-Paid 3/21 Contributions: | $1.11 | | |

---

[1] Plaintiffs note that attorneys' fees and costs from 2/27/20 through 1/28/21 total $4,576.00 as indicated in *Exhibit C-1*. Defendants submitted payments in or around March 2021 which were applied towards the $4,576.00 due in attorneys' fees and costs—leaving a balance of **$1,835.81** in attorneys' fees and costs incurred from 2/27/20 through 1/28/21. Additional attorneys' fees and costs were incurred from 1/29/21-1/31/24 in the total amount of **$6,905.02**, for a total of **$8,740.83** due in attorneys' fees and costs.

[2] *Exhibit C-1* includes billing records for attorneys' fees and costs incurred from 2/27/20 through 1/28/21. *Exhibit C-2* includes billing records for attorneys' fees and costs incurred from 1/29/21 through 1/31/23. *Exhibit C-3* includes billing records for attorneys' fees incurred from 2/1/23 through 1/31/24. *Exhibit C-4* includes billing records for costs incurred from 2/1/23 through 1/31/24. *Exhibit C-5* includes billing records for attorneys' fees incurred from 2/1/24 through 9/30/25. *Exhibit C-6* includes billing records for costs incurred from 2/1/24 through 9/30/25.

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

| | | | |
|---|---|---|---|
| 20% Liquidated Damages on Late-Paid 4/21 Contributions: | $809.73 | | |
| 10% Interest on Late-Paid 4/21 Contributions: | $15.54 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 5/21 Contributions: | $809.73 | | |
| 10% Interest on Late-Paid 5/21 Contributions: | $15.54 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 7/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 7/21 Contributions: | $14.56 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 8/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 8/21 Contributions: | $2.24 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 9/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 9/21 Contributions: | $4.48 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 10/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 10/21 Contributions: | $4.48 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 11/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 11/21 Contributions: | $38.08 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 12/21 Contributions: | $817.41 | | |
| 10% Interest on Late-Paid 12/21 Contributions: | $33.60 | | |
| | | | |
| 1/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 1/22 Estimated Contributions: | $837.89 | | |
| Interest on 1/22 Estimated Contributions: | $1,532.95 | | |
| | | | |
| 2/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 2/22 Estimated Contributions: | $837.89 | | |
| Interest on 2/22 Estimated Contributions: | $1,500.75 | | |
| | | | |
| 3/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 3/22 Estimated Contributions: | $837.89 | | |
| Interest on 3/22 Estimated Contributions: | $1,465.10 | | |
| | | | |
| 4/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 4/22 Estimated Contributions: | $837.89 | | |

16

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

| | | | |
|---|---|---|---|
| Interest on 4/22 Estimated Contributions: | $1,430.60 | | |
| | | | |
| 5/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 5/22 Estimated Contributions: | $837.89 | | |
| Interest on 5/22 Estimated Contributions: | $1,394.95 | | |
| | | | |
| 6/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 6/22 Estimated Contributions: | $837.89 | | |
| Interest on 6/22 Estimated Contributions: | $1,360.45 | | |
| | | | |
| 7/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 7/22 Estimated Contributions: | $837.89 | | |
| Interest on 7/22 Estimated Contributions: | $1,324.80 | | |
| | | | |
| 8/22 Estimated Contributions: | $4,189.44 | | |
| Liquidated Damages on 8/22 Estimated Contributions: | $837.89 | | |
| Interest on 8/22 Estimated Contributions: | $1,289.15 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 9/22 Contributions: | $837.89 | | |
| 10% Interest on Late-Paid 9/22 Contributions: | $47.15 | | |
| | | | |
| 20% Liquidated Damages on Late-Paid 10/22 Contributions: | $837.89 | | |
| 10% Interest on Late-Paid 10/22 Contributions: | $16.10 | | |
| | | | |
| 11/22 Unpaid Contributions: | $4,189.44 | | |
| 20% Liquidated Damages on Unpaid 11/22 Contributions: | $837.89 | | |
| 10% Interest on Unpaid 11/22 Contributions: | $1,184.50 | | |
| | | | |
| 12/22 Unpaid Contributions: | $4,189.44 | | |
| 20% Liquidated Damages on Unpaid 12/22 Contributions: | $837.89 | | |
| 10% Interest on Unpaid 12/22 Contributions: | $1,148.85 | | |
| | | | |
| 1/23 Unpaid Contributions: | $4,189.44 | | |
| 20% Liquidated Damages on Unpaid 1/23 Contributions: | $837.89 | | |
| 10% Interest on Unpaid 1/23 Contributions: | $1,113.20 | | |
| | | | |
| 2/23 Unpaid Contributions: | $4,189.44 | | |
| 20% Liquidated Damages on Unpaid 2/23 Contributions: | $837.89 | | |
| 10% Interest on Unpaid 2/23 Contributions: | $1,081.00 | | |

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

| | | |
|---|---:|---:|
| 3/23 Estimated Contributions: | $4,189.44 | |
| Liquidated Damages on 3/23 Estimated Contributions: | $837.89 | |
| Interest on 3/23 Estimated Contributions: | $1,045.35 | |
| | | |
| 4/23 Estimated Contributions: | $4,189.44 | |
| Liquidated Damages on 4/23 Estimated Contributions: | $837.89 | |
| Interest on 4/23 Estimated Contributions: | $1,010.85 | |
| | | |
| 5/23 Estimated Contributions: | $4,189.44 | |
| Liquidated Damages on 5/23 Estimated Contributions: | $837.89 | |
| Interest on 5/23 Estimated Contributions: | $975.20 | |
| | | |
| 6/23 Estimated Contributions: | $4,189.44 | |
| Liquidated Damages on 6/23 Estimated Contributions: | $837.89 | |
| Interest on 6/23 Estimated Contributions: | $940.70 | |
| | | |
| | $110,248.83 | |
| | | |
| Additional Attorneys' Fees (2/27/20-9/30/25): | $21,637.31 | |
| Additional Costs (2/27/20-9/30/25): | $1,966.31 | |
| | $23,603.62 | |
| Unapplied Credit: | ($1,872.48) | |
| **Subtotal (Costs After Judgment, Writ ¶12):** | | **$137,879.27** |
| **TOTAL DUE (Writ ¶18), plus daily interest of $41.24** | | **$150,522.59** |

15.     To the best of my knowledge and belief, and based on our communications, Defendant K. David Mayhugh is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003. Defendant Four M's Construction & Backhoe, Inc. is a California Corporation and is therefore not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

16.     A copy of the proposed Writ of Execution is attached hereto as **Exhibit D**. Plaintiffs will provide the Court with an original Writ of Execution for issuance along with the clerk's copy of this Request, which will be hand delivered to the Court.

WHEREFORE, it is prayed that a Writ of Execution be promptly issued against Defendants K. David Mayhugh and Four M's Construction & Backhoe, Inc. for **$150,522.59 *plus daily interest of***

18

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**

*$41.24* from the date of the Writ, until satisfied. It is further requested that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

DATED: October 21, 2025                           SALTZMAN & JOHNSON LAW CORPORATION


By: _____/S/_____
                                      Luz E. Mendoza
                                      Attorneys for Plaintiffs

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No.: 3:18-cv-01729-LB**