Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOUR M'S CONSTRUCTION & BACKHOE, INC., a California Corporation, et al., <br> Defendants. | Case No. 3:18-cv-01729-LB <br><br> **FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION; [~~PROPOSED~~] ORDER THEREON** |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto that a First Amended Stipulated Judgment[1] shall be entered in the within action in favor of Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. ("Plaintiffs" or "Trust Funds") and against Defendants Four M's Construction & Backhoe, Inc., a California corporation, and K. David Mayhugh, an individual. Defendants have requested that the initial Judgment Pursuant to Stipulation be amended to include additional amounts owed to Plaintiffs. This document shall, upon execution by all parties, supersede the previous Stipulation, and become the operative document between the parties as follows:

---

[1] Amending the Stipulated Judgment between the parties entered on May 18, 2018 (Dkt. #11).

1

# EXHIBIT A

1. "Four M's Construction & Backhoe, Inc." (hereinafter "Four M's Construction") is signatory to and bound by the terms of a Collective Bargaining Agreement(s) ("Bargaining Agreement") with the Plaintiff Union ("Union"). The Bargaining Agreement is still in full force and effect.

2. Defendant K. David Mayhugh confirms that he is the RMO/CEO/President of Defendant Four M's Construction & Backhoe, Inc., and is authorized to enter into this First Amended Stipulation on its behalf.

3. K. David Mayhugh also confirms that he is personally guaranteeing the amounts due herein and confirms that he has been/shall be added as a Defendant to the above-captioned action. Defendant K. David Mayhugh ("Guarantor") and Defendant Four M's Construction & Backhoe, Inc. (collectively "Defendants") specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which Defendant Four M's Construction joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Guarantor is an officer, owner or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase.

//
//
//
//
//
//
//
//
//

2

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENT\OE\Client\Four M's Construction and Backhoe

# EXHIBIT A

4. Defendants are currently indebted to the Trust Funds as follows:

| ORIGINAL JUDGMENT PURSUANT TO STIPULATION[2] | | |
|---|---:|---:|
| Conditional Judgment Balance: | $0.00 | |
| Conditionally Waived Liquidated Damages (7/16-11/16;1/17-2/18): | $9,367.63 | |
| **Subtotal (Original Judgment Pursuant to Stipulation):** | | **$9,367.63** |
| LIQUIDATED DAMAGES | | |
| 20% Liquidated Damages on Late-Paid 3/18 Contributions: | $738.72 | |
| 20% Liquidated Damages on Late-Paid 4/18 Contributions: | $738.72 | |
| 20% Liquidated Damages on Late-Paid 5/18 Contributions: | $738.72 | |
| 20% Liquidated Damages on Late-Paid 6/18 Contributions: | $738.72 | |
| 20% Liquidated Damages on Late-Paid 7/18 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 8/18 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 10/18 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 11/18 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 1/19 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 2/19 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 3/19 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 4/19 Contributions: | $744.60 | |
| 20% Liquidated Damages on Late-Paid 5/19 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 6/19 Contributions: | $744.72 | |
| 20% Liquidated Damages on Late-Paid 7/19 Contributions: | $747.12 | |
| 20% Liquidated Damages on Late-Paid 10/19 Contributions: | $747.12 | |
| 20% Liquidated Damages on Late-Paid 11/19 Contributions: | $747.12 | |
| **Subtotal (Liquidated Damages):** | | **$12,643.32** |
| ADDITIONAL ATTORNEYS' FEES AND COSTS | | |
| Attorneys' Fees (3/29/18-2/26/20): | $21,189.50 | |
| Costs (3/29/18-2/26/20): | $1,284.81 | |
| **Subtotal (Attorneys' Fees and Costs):** | | **$22,474.31** |
| CREDIT | | |
| Credit (Checks 12172; Partial 12091; 12092): | | ($7,918.23) |
| **FIRST AMENDED JUDGMENT TOTAL:** | | **$36,567.03** |

## REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION

5. **Notice requirements** pursuant to the terms of this Stipulation are as follows:

a) Notices to Defendants: David Mayhugh, Jessica Huggins, Four M's Construction & Backhoe, Inc., 1640 Foxwood Drive, Tracy, CA 95376; email: fourmsconst@sbcglobal.net

b) Notices to Plaintiffs: Michele R. Stafford, Saltzman & Johnson Law Corporation, 1141 Harbor Bay Parkway, Suite 100, Alameda, CA 94502; email:

---

[2] Filed May 18, 2018 (Dkt. #11).

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx          P:\CLIENTS\OEACL\Four M's Construction and Backhoe

# EXHIBIT A

mstafford@sjlawcorp.com, copy to compliance@sjlawcorp.com

6. The requirements pursuant to the terms of this Stipulation are as follows:

a) **Initial Payment; Monthly Payments**: Defendants shall pay the total amount of **$23,929.71**, representing all of the amounts stated above, less liquidated damages in the amount of $12,643.32.

i) Payments in the amount of **$2,105.00 per month** shall begin on March 15, 2020[3], and continue on or before the 15th day of each month thereafter **for a period of twelve (12) months**. Plaintiffs may require that Defendants pay electronically by ACH/wire transfer, or by cashier's check.

ii) Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

iii) Payments shall be applied first to interest, at the rate of 10% per annum in accordance with the Bargaining Agreement(s) and Trust Agreements. Interest shall begin to accrue on February 11, 2020.

b) **Contributions:** Beginning with contributions due for hours worked by Defendant Four M's Construction's employees during the month of February 2020, and for every month thereafter until this Judgment is satisfied, Defendant Four M's Construction shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s).

c) **Job Report:** Beginning with the month of February 2020, and for every month thereafter, Defendants shall fully disclose all jobs on which Defendant Four M's Construction is working by providing Plaintiffs with fully completed job reports on the form attached hereto as Exhibit A. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

d) **Audit:** Should the Trust Funds request an audit of Defendant Four M's Construction's payroll records pursuant to the requirements of the Bargaining Agreement(s) and/or Trust Agreements, Defendants must contact the auditor within seven days of receiving notice, and must

[3] For this first payment *only*, payment may be received on or before March 25, 2020.

4

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
Case No.: 3:18-cv-01729-LB
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

**EXHIBIT A**

schedule the audit as requested.

        i)     In the event that amounts are found due to Plaintiffs as a result of the audit, Plaintiffs shall send a copy of the audit report and written demand for payment to Defendants. In the event that the audit findings are not contested, payment in full shall be delivered to Michele R. Stafford at the address provided above.

        ii)     In the event that Defendants dispute the audit findings, Defendants must provide the dispute in writing, with all supporting documentation, within ten days of the date of the demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due.

        iii)     If Defendants are unable to make payment in full, Defendants may submit a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants shall execute the Amended Judgment or Amendment to Judgment within ten days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

        iv)     Failure by Defendants to submit either payment in full or a request to add the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment.

    e)    **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs.

    7.    In summary, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this First Amended Stipulation has been fully satisfied:

| Required Submissions | Delivery deadlines | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $2,105.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (3/15/20-2/15/21)<br><br>*The first payment, due on 3/15/20, can be delivered on or before 3/25/20* | Michele R. Stafford Saltzman & Johnson Law Corp. 1141 Harbor Bay Parkway, #100 Alameda, California 94502 |

5

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
Case No.: 3:18-cv-01729-LB
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENTS\OE3CL\Johnson M's Construction and Backh...



EXHIBIT A

| Required Submissions | Delivery deadlines | Delivery locations |
|---|---|---|
| **Current contribution reports and payments** payable to *Operating Engineers Trust Funds* | 15th day of each month (beginning with 3/15/20, for 2/20 hours)<br><br>***The first contribution report and payment, due on 3/15/20, can be delivered on or before 3/25/20*** | Operating Engineers Trust Funds<br>P.O. Box 3157<br>Hayward, CA 94540-3157<br><br>Plus copies to:<br>compliance@sjlawcorp.com<br>(subject: "Four M's Construction & Backhoe, Inc."); |
| **Completed job reports** (form attached as Exhibit A to Stipulation)<br><br>**and Certified Payroll** (if requested) | 15th day of each month (beginning with 3/15/20, for 2/20 hours)<br><br>***The first report, due on 3/15/20, can be delivered on or before 3/25/20*** | compliance@sjlawcorp.com<br>(subject: "Four M's Construction & Backhoe, Inc.")<br>or<br>Michele R. Stafford<br>Saltzman & Johnson Law Corp.<br>1141 Harbor Bay Parkway, #100<br>Alameda, California 94502 |

## <u>DEFAULTS UNDER THE TERMS OF THIS STIPULATION</u>

8. If default occurs, Plaintiffs shall make a written demand to Defendants to cure said default ***within seven (7) days of the date of the notice from Plaintiffs***. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest, and additional attorney's fees and costs incurred herein.

9. Any unpaid or late-paid contributions, together with 20% liquidated damages and 10% per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any contributions and related amounts not included herein. This includes, but is not limited to, any amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy. Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

10. A Writ of Execution may be obtained without further notice, in the amount of the unpaid

6

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENTS\OE3CL\Four M's Construction and Backhoe



# EXHIBIT A

balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## MISCELLANEOUS PROVISIONS

11. The above requirements remain in full force and effect regardless of whether or not Defendant Four M's Construction has ongoing work, whether Defendant Four M's Construction's account with the Trust Funds is active, or whether Defendant Four M's Construction is signatory to a Collective Bargaining Agreement with the Union. If, for any reason, Defendant Four M's Construction has no work to report during a given month, Defendant Four M's Construction shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. If Defendant Four M's Construction has no contributions to report, Defendant Four M's Construction shall submit the applicable contribution report stating "no employees."

12. Payments made by joint check shall be endorsed on behalf of Defendants prior to submission, and may be applied toward Defendants' monthly stipulated payment, provided that the issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a release is requested may not be applied toward Defendants' monthly stipulated payment, but shall be deducted from the total balance owed under this Stipulation, provided the payment is for contributions included in this Stipulation.

13. Prior to the last payment pursuant to this First Amended Stipulation, Plaintiffs shall advise Defendants as to the final amount due, including additional interest, any current contributions and related amounts, and all additional attorneys' fees and costs incurred by Plaintiffs, whether or not Defendants default herein. Any additional amounts due shall be paid in full with the final stipulated payment due on February 15, 2021.

14. The conditional waiver of liquidated damages shall be presented to the Board of Trustees for consideration only after all amounts due under the terms of this First Amended Stipulation are paid in full, and Defendants' account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENTS\OE3\Construction M's Construction a… Bukh…

# EXHIBIT A

liquidated damages will be immediately due. The waiver may be granted with further conditions, such as paying timely and remaining current for an additional period of time.

15. Defendants waive any notice of Entry of Judgment or of any Request for a Writ of Execution, and expressly waive all rights to stay of execution and appeal.

16. Any failure on the part of Plaintiffs to take any action as provided herein in the event of any breach of the provisions of this First Amended Stipulation shall not be deemed a waiver of any subsequent breach.

17. The parties agree that any payments made pursuant to the terms of this First Amended Judgment shall be deemed to have been made in the ordinary course of business as provided under 11 U.S.C. Section 547(c)(2) and shall not be claimed by Defendants as a preference under 11 U.S.C. Section 547 or otherwise.

18. Should any provisions of this First Amended Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

19. This First Amended Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations.

20. This First Amended Stipulation contains all of the terms agreed to by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

21. This First Amended Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same

8

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
Case No.: 3:18-cv-01729-LB
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENT\OE3\Clayton 'M' Construction and Bokhari



EXHIBIT A

instrument.

22.     Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this First Amended Stipulation under the terms and conditions set forth herein, that they have read this First Amended Stipulation with care and are fully aware of and represent that they enter into this First Amended Stipulation voluntarily and without duress.

23.     The parties agree that the Court shall retain jurisdiction of this matter until this First Amended Stipulated Judgment is satisfied.

DATED: March 20, 2020               **FOUR M'S CONSTRUCTION & BACKHOE INC., a California Corporation**

By: _____/S/_____
K. David Mayhugh, RMO/CEO/President of Four M's Construction & Backhoe, Inc.

DATED: March 20, 2020               **K. DAVID MAYHUGH**

By: _____/S/_____
K. David Mayhugh, individual Defendant and Guarantor

DATED: March 31, 2020               **OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.**

By: _____/S/_____
Sonya Brown
Fringe Benefit Director, Operating Engineers Local 3 Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: _____april 1_____, 2020

_____
UNITED STATES MAGISTRATE JUDGE

9

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENT\OE3\Four M's Construction and Backh

# EXHIBIT A

**Exhibit A: JOB REPORT FORM**
**Completed Forms Due by the last business day of each month**
by email to compliance@sjlawcorp.com (subject line: *Four M's Construction*) , or
delivered to Saltzman & Johnson, 1141 Harbor Bay Parkway, Ste. 100, Alameda, CA 94502

**Employer: FOUR M'S CONSTRUCTION & BACKHOE, INC.**

Report for the month of _____, 20__ Submitted by: _____

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | | **Project Manager Name:** |
| **Project Manager Phone #:** | | **Project Manager email address:** |
| **Contract #:** | | **Contract Date:** |
| **Total Contract Value:** | | |
| **Work Start Date:** | | **Work Completion Date:** |
| **Project Bond #:** | | **Surety:** |

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | | **Project Manager Name:** |
| **Project Manager Phone #:** | | **Project Manager email address:** |
| **Contract #:** | | **Contract Date:** |
| **Total Contract Value:** | | |
| **Work Start Date:** | | **Work Completion Date:** |
| **Project Bond #:** | | **Surety:** |

***Attach additional sheets as necessary***

10

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENTS OF\Clients\Four M's Construction and Backhoe



# EXHIBIT A

instrument.

22. Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this First Amended Stipulation under the terms and conditions set forth herein, that they have read this First Amended Stipulation with care and are fully aware of and represent that they enter into this First Amended Stipulation voluntarily and without duress.

23. The parties agree that the Court shall retain jurisdiction of this matter until this First Amended Stipulated Judgment is satisfied.

DATED: March 20, 2020

**FOUR M'S CONSTRUCTION & BACKHOE INC., a California Corporation**

By: _____
K. David Mayhugh, RMO/CEO/President of Four M's Construction & Backhoe, Inc.

DATED: March 20, 2020

**K. DAVID MAYHUGH**

By: _____
K. David Mayhugh, individual Defendant and Guarantor

DATED: March ___, 2020

**OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.**

By: _____
Sonya Brown
Fringe Benefit Director, Operating Engineers Local 3 Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE

9

FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:18-cv-01729-LB
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx

P:\CLIENTS\OE3CL\Four M's Construction and Backhoe

# EXHIBIT A

instrument.

22. Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this First Amended Stipulation under the terms and conditions set forth herein, that they have read this First Amended Stipulation with care and are fully aware of and represent that they enter into this First Amended Stipulation voluntarily and without duress.

23. The parties agree that the Court shall retain jurisdiction of this matter until this First Amended Stipulated Judgment is satisfied.

DATED: March ___, 2020      **FOUR M'S CONSTRUCTION & BACKHOE INC., a California Corporation**

By: _____
     K. David Mayhugh, RMO/CEO/President of Four M's Construction & Backhoe, Inc.

DATED: March ___, 2020      **K. DAVID MAYHUGH**

By: _____
     K. David Mayhugh, individual Defendant and Guarantor

DATED: March 31, 2020      **OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.**

By: _Sonya Brown_____
     Sonya Brown
     Fringe Benefit Director, Operating Engineers Local 3 Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE

9

**FIRST AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:18-cv-01729-LB**
2\Pleadings\First Amended Judgment Pursuant to Stipulation 031320.docx      P:\CLIENT\OE\Construction M'S Construction and Backh

# EXHIBIT A

**S & J**

**SALTZMAN & JOHNSON**
LAW CORPORATION

(510) 906-4710
www.sjlawcorp.com

December 21, 2023

**VIA EMAIL (fourmsconst@sbcglobal.net)**
**AND FIRST-CLASS MAIL**

Kermit David Mayhugh / Jessica Huggins      Kermit David Mayhugh
Four M's Construction & Backhoe Inc.         Four M's Construction & Backhoe Inc.
1640 Foxwood Drive                           725 Larkspur Drive
Tracy, CA 95376                              Tracy, CA 95376

>   **Re:**    **Operating Engineers Local Union No. 3 Trust Funds, et al., v. Four M's Construction &**
>             **Backhoe, Inc., et al.**
>             *USDC, Northern Dist. Case No.3:18-cv-01729*

Dear Mr. Mayhugh and Ms. Huggins:

As you know, this office represents the Operating Engineers Local Union No. 3 Trust Funds ("Trust Funds"). I am writing to you regarding Four M's Construction & Backhoe, Inc. and David Mayhugh's ("Four M's" or "you" / "your") obligations to the Trust Funds. We have reached out to your prior attorneys at Littler who have informed us that they no longer represent you. If you are represented by another firm or attorney, please provide the contact information so we can communicate with your attorneys directly.

**At this time, our records indicate that David Mayhugh and Four M's Construction & Backhoe, Inc. are in default of their Judgment Pursuant to Stipulation** to which you previously stipulated ("Stipulation").

The Stipulation provides that:

- Defendant Four M's Construction shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s);
- The Stipulation further states that "Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment; and
- Any unpaid or late-paid contributions, together with 20% liquidated damages and 10% per annum interest, shall become part of this Judgment.

You have also incurred ongoing delinquencies in violation of the Stipulation.

I am informed by the Trust Funds' Administrator that you have failed to submit contribution reports and payments (if applicable) as follows:

1. **January 2022 through August 2022, and March 2023 through June 2023 for contract nos. 030464-93 and 030462-24; and**

2. **September 2022 and November 2022 through February 2023 for contract no. 030464-93.**

///

# EXHIBIT B

Kermit David Mayhugh / Jessica Huggins
Four M's Construction & Backhoe Inc.
December 21, 2023
Page 2

These contributions were due by the 15th day of the following month in which the hours were worked and became delinquent when not reported and paid by the 25th day of each month following the month in which the hours were worked. For example, your January 2022 contribution reports and payment for both contracts were due on February 15, 2022 and became delinquent when not reported and paid by February 25, 2022. *Even if you had no employees, you are required to submit monthly reports stating "No Employees."* If you have 0-hour reports to submit for any of the delinquent months, please let me know as soon as possible.

I am also advised by the Trust Funds' Administrator that your reported contributions for the months of November 2022 through February 2023 in the total amount of **$16,757.76** ($4,189.44 per month) remain due. Liquidated damages in the amount of **$3,351.55** and interest in the amount of **$1,256.95** have been assessed on your unpaid contributions for the months of **November 2022 through February 2023**. Interest continues to accrue until the delinquent contributions have been paid in full.

In addition, the Trust Funds' Administrator has informed me that you incurred **liquidated damages** in the amount of **$4,909.57** and **interest** in the amount of **$193.99** on your late-paid contributions for the following months: **February 2021 through May 2021, July 2021 through December 2021, September 2022, and October 2022.**

You are also responsible for the attorneys' fees and costs incurred by the Trust Funds to obtain compliance with the terms of your Collective Bargaining Agreement(s) (to include compliance with the audit, payment thereon, submission and payment of outstanding contributions, liquidated damages, interest, attorneys' fees and costs). Attorneys' fees and costs (through 10/31/23) in the total amounts of **$5,477.31** are due and owing.

Lastly, given your late stipulated payments and contributions, Four M's owes **$12,643.32** for the conditionally waived liquidated damages included in the Stipulation.

In summary, the following amounts remain due and owing:

| Work Month | Unpaid Contributions | Liquidated Damages | Interest | Total Due |
|---|---|---|---|---|
| Feb-21 | $0.00 | $404.86 | $1.11 | $405.97 |
| Mar-21 | $0.00 | $404.86 | $1.11 | $405.97 |
| Apr-21 | $0.00 | $404.86 | $15.54 | $420.40 |
| May-21 | $0.00 | $404.86 | $15.54 | $420.40 |
| Jul-21 | $0.00 | $408.70 | $14.56 | $423.26 |
| Aug-21 | $0.00 | $408.70 | $2.24 | $410.94 |
| Sep-21 | $0.00 | $408.70 | $4.48 | $413.18 |
| Oct-21 | $0.00 | $408.70 | $4.48 | $413.18 |
| Nov-21 | $0.00 | $408.70 | $38.08 | $446.78 |
| Dec-21 | $0.00 | $408.70 | $33.60 | $442.30 |
| Sep-22 | $0.00 | $418.94 | $47.15 | $466.09 |
| Oct-22 | $0.00 | $418.94 | $16.10 | $435.04 |
| Nov-22 | $4,189.44 | $837.89 | $366.85 | $5,394.18 |
| Dec-22 | $4,189.44 | $837.89 | $331.20 | $5,358.53 |
| Jan-23 | $4,189.44 | $837.89 | $295.55 | $5,322.88 |
| Feb-23 | $4,189.44 | $837.89 | $263.35 | $5,290.68 |
| *TOTALS* | $16,757.76 | $8,261.12 | $1,450.94 | $26,469.82 |

# EXHIBIT B

Kermit David Mayhugh / Jessica Huggins
Four M's Construction & Backhoe Inc.
December 21, 2023
Page 3

| | |
|---|---|
| ***TOTAL DUE (CONTRIBUTIONS, LIQUIDATED DAMAGES, AND INTEREST)*** | **$26,469.82** |
| Liquidated Damages due from Stipulation: | $12,643.32 |
| Attorneys' Fees and Costs (through 10/31/23): | $5,477.31 |
| ***TOTAL DUE:*** | ***$44,590.45*** |

**Demand is hereby made for immediate submission to <u>my office</u> of (1) your contribution reports and payments for the months of January 2022 through August 2022, and March 2023 through June 2023 for contract nos. 030464-93 and 030462-24, as well as September 2022 and November 2022 through February 2023 for contract no. 030464-93; and (2) payment in the amount of $44,590.45, plus 10% interest on the delinquent contributions ($4.59 per day, from November 10, 2023 through the date of payment), for the amounts described above.** Your payment should be made payable to *Operating Engineers Trust Funds* and should be sent to this office at the following address: 5100-B1 Clayton Road, Suite 373, Concord, CA 94521. If you believe you have already made the payment(s), please send a copy of your cancelled check(s) (both front and back) to this office. Upon receipt of your outstanding reports and payments, you will be advised as to any amounts due for liquidated damages and interest. *If you are unable to pay in full, please contact me to discuss an amended payment plan.*

**Should you fail to submit the requested reports and payments, I am authorized to proceed with further legal action as provided under Paragraphs 9-11 of the Stipulation.**

Please don't hesitate to contact me if you have any questions.

Sincerely,

Luz E. Mendoza
lmendoza@sjlawcorp.com

LEM/aw

**EXHIBIT B**

```
OE3CL-FOURMS2     CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21    Page 001/001
Operating Engineers Local 3 Collections                          Opened 02/14/18  Closed    n/a  Posted 02/27/23
FOUR M'S CONST. 2                                                                  Last Payment 02/15/23  118.50
                                                    -------------------------------------------------------
                                                    [ ] Close case
                                                    [ ] Place matter on hold
                                                    [ ] See me


                                                    -------------------------------------------------------
CCA    Matthew Minser                               Name of Matter:  Four M's Construction 2

RA1    Matthew Minser

Status Codes       None
Finance Charges    N  FBCC    CBCC     Rate Cd A
Sales Tax          None
Ret Acct  Min 0  No auto transfers chosen
Unbilled only      N


=========================================================================================================================
FEES                                                                                                                 FEES

Date       Emp    Hours       Dollars  Gp

03/02/20  EC     0.50         67.50         B P   Prepare fees report; email M. Stafford regarding review of same for
                                                  update to Amended Stipulation; additional revisions to Amended
                                                  Stipulation

03/09/20  MRS    0.20         47.00         B P   Review and revise fees re amended stipulated judgment, email E.
                                                  Cotterill re same

03/10/20  EC     1.00        135.00         B P   Review email from M. Stafford regarding revisions to fees; calculate
                                                  adjusted amount owed for additional fees; revise First Amended Judgment
                                                  Pursuant to Stipulation with updated amount due including fees/costs
                                                  through 2/20, including recalculate total due and amortized monthly
                                                  payment amount, proofread and format document; email M. Stafford
                                                  regarding same

03/12/20  EC     0.10         13.50         B P   Review email from M. Stafford regarding completion of final review of
                                                  proposed First Amended Judgment; review same; advise L. Mendoza
                                                  regarding same

03/12/20  LEM    0.60        138.00         B P   Review, revise amended judgment pursuant to stipulation; email E.
 billable        0.40         92.00               Cotterill re finalizing same.

03/12/20  MRS    0.50        117.50         B P   Review and revise amended stipulated judgment, email to E. Cotterill re
                                                  same
```

**EXHIBIT C - 1**

```
03/13/20  EC      0.20      27.00      B P   Finalize Proposed Amended Judgment Pursuant to Stipulation; email L.
                                             Mendoza regarding same; review email to Employer regarding same;
                                             calendar follow up

03/13/20  LEM     0.30      69.00      B P   Draft email to employer re amended payment plan. Communications with M.
                                             Stafford re same. Send email to employer.

03/13/20  MRS     0.20      47.00      B P   Review and revise draft email to employer, email L. Mendoza re same

03/16/20  EC      0.70      94.50      B P   Receive check from Employer; prepare transmittal, including research
                                             proposed Amended Stipulation; communications with L. Mendoza regarding
                                             allocation of payment; revise transmittal; communications with L.
```

```
OE3CL-FOURMS2       CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21     Page 002/002
Operating Engineers Local 3 Collections                                    Four M's Construction 2
```

| Date | Emp | Hours | Dollars | Gp | |
|---|---|---|---|---|---|

```
                                             Mendoza regarding incorrect payee on check and further handling; review
                                             emails between L. Mendoza and Employer regarding same

03/16/20  LEM     0.40      92.00      B P   Review payment allocation. Discussions with E. Cotterill re payment
  billable        0.20      46.00            allocation in light of payment plan and error in payment.

03/17/20  LEM     0.10      23.00      B P   Review email from employer re re-issued payment. Respond to same.

03/27/20  LEM     0.30      69.00      B P   Review email from employer re questions about payment plan. Respond to
                                             same. Attempted call to employer. Review email from administrator re
                                             recent payment and allocation of same; respond to same.

03/30/20  EC      0.10      13.50      B P   Review emails between Administrator and L. Mendoza regarding receipt of
                                             check from Employer and allocation of same; case management

03/30/20  LEM     0.30      69.00      B P   Review email from employer re signed stipulation. Draft email to S.
                                             Brown re stipulation. Email M. Stafford re same.

03/31/20  EC      0.70      94.50      B P   Review emails regarding execution of Judgment; finalize First Amended
                                             Judgment Pursuant to Stipulation, including prepare copies of signature
                                             pages to file as attachments to same; file Judgment with Court; email
                                             Proposed Judgement to Judge; case management

03/31/20  LEM     0.10      23.00      B P   Review email from S. Brown re amended stipulation. Email E. Cotterill re
                                             filing fully executed stipulation.
```

**EXHIBIT C - 1**

| Date | Emp | Hours | Dollars | Gp | | Description |
|------|-----|-------|---------|----|-|------------|
| 04/10/20 | EC | 0.10 | 13.50 | B | P | Review check from Employer; email L. Mendoza regarding further handling |
| 04/13/20 | EC | 1.00 | 135.00 | B | P | Review Stipulated payment #2; prepare transmittal for same; prepare |
| billable | | 0.50 | 67.50 | | | amortization and Stipulation Compliance tracking sheet and apply payments #1-2, and update as to 2/20 contributions; update recoveries for all payments, including research ISSI as to current contribution payment and update file with same, research Outlook for job reports; email L. Mendoza regarding same and status of receipt of job reports; review email from L. Mendoza to Employer providing fully executed Amended Stipulation and inquiring regarding missing job report |
| 04/13/20 | LEM | 0.70 | 161.00 | B | P | Prepare correspondence to employer re missing job reports and receipt of |
| billable | | 0.50 | 115.00 | | | payment; review response to same, respond to same. Review, revise payment allocation letter; intra-office emails re same; electronically sign. |
| 04/13/20 | MRS | 0.20 | 47.00 | B | P | Review file re job report, emails with L. Mendoza re transmittal and letter re Amended Judgment, emails with E. Cotterill re same |
| 04/14/20 | EC | 0.10 | 13.50 | B | P | Review email from L. Mendoza regarding Employer's 3/20 contribution payment; respond to same, requesting additional information regarding payment |
| 04/14/20 | LEM | 0.60 | 138.00 | B | P | Review email from employer re missing job reports and 3/20 |
| billable | | 0.40 | 92.00 | | | contributions; review reports for filing. Review bank records and ISSI to confirm payment for 3/20 contributions. Email employer re receipt of payment. Emails with E. Cotterill re amounts recovered to include in recoveries chart. |

OE3CL-FOURMS2      CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER    Run On  02/22/24  02/27/20-01/28/21      Page 003/003
Operating Engineers Local 3 Collections                                      Four M's Construction 2

| Date | Emp | Hours | Dollars | Gp | | Description |
|------|-----|-------|---------|----|-|------------|
| 04/17/20 | EC | 0.20 | 27.00 | B | P | Review 2/20-3/20 job reports and email from L. Mendoza regarding date and amount of 3/20 contribution payment; update recoveries and Stipulation Tracking Sheet |
| 04/20/20 | EC | 0.50 | 67.50 | B | P | Review Fully Executed First Amended Judgment Pursuant to Stipulation; |
| billable | | 0.30 | 40.50 | | | case management; calendar all relevant Court dates and deadlines associated with same; email L. Mendoza summarizing calendared dates and regarding further handling of liens and abstracts, including review and |

**EXHIBIT C - 1**

provide copies of existing lien and abstract for review

| Date | Initials | Hours | Amount | | | Description |
|---|---|---|---|---|---|---|
| 04/23/20<br>billable | EC | 0.40<br>0.20 | 54.00<br>27.00 | | B P | Research file to confirm fully executed Amended Judgment was sent to Employer; review 4/20 job list; email L. Mendoza regarding same and following up regarding liens and abstract; case management |
| 05/01/20<br>billable | LEM | 0.20<br>0.00 | 49.00<br>0.00 | N | B P | Prepare email to auditors re status of audit. |
| 05/01/20 | MPM | 0.10 | 25.00 | | B P | E-mails with L. Mendoza and E. Cotterill re response to S. Brown. |
| 05/01/20 | MRS | 0.20 | 50.00 | | B P | Emails from and to S. Brown re status of audit and 120 hour payments |
| 05/12/20 | EC | 0.40 | 58.00 | | B P | Receive Stipulated payment #3 on First Amended Stipulation; prepare transmittal; update amortization sheet, including calculate Judgment balance; revise and issue transmittal; emails with L. Mendoza regarding same |
| 05/12/20 | LEM | 0.20 | 49.00 | | B P | Intra office discussions with E. Cotterill re revisions to payment allocation transmittal. Review, sign payment allocation transmittal. Email B. Muller re issuance of same. |
| 05/13/20 | EC | 0.10 | 14.50 | | B P | Email copy of transmittal to Administrator; update recoveries |
| 05/15/20 | EC | 0.10 | 14.50 | | B P | Communications with M. Stafford regarding handling of liens and abstracts on Amended Judgment; review emails from L. Mendoza regarding same |
| 05/15/20<br>billable | LEM | 0.70<br>0.50 | 171.50<br>122.50 | | B P | Draft letter to employer re fully executed stipulation and terms of same. Email M. Stafford re same. Multiple intra-office communications with M. Stafford re further handling as to abstract and UCC lien. |
| 05/15/20 | MPM | 0.10 | 25.00 | | B P | E-mail re recording abstract on amended payment plan. |
| 05/15/20 | MRS | 0.40 | 100.00 | | B P | Review and revise letter to employer, review current and prior judgment for employer re analysis on recording new post judgment documents, emails re same |
| 05/18/20 | EC | 0.20 | 29.00 | | B P | Review and respond to email from L. Mendoza regarding letter to Employer enclosing fully executed Amended Judgment; review and finalize same, add enclosure |
| 05/18/20 | LEM | 0.10 | 24.50 | | B P | Review, sign letter to employer. |
| 05/19/20 | EC | 0.20 | 29.00 | | B P | Issue letter to Employer enclosing fully executed Judgment |
| 05/22/20 | LEM | 0.50 | 122.50 | | B P | Prepare UCC lien documents in light of recent judgment as to amended |

**EXHIBIT C - 1**

```
OE3CL-FOURMS2        CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21      Page 004/004
Operating Engineers Local 3 Collections                               Four M's Construction 2
```

| Date | Emp | Hours | Dollars | Gp | |
|------|-----|-------|---------|----|-|
| | | | | | stipulated judgment. |
| 05/26/20 | LEM | 0.10 | 24.50 | B P | Review correspondence from employer re 4/20 job report. |
| 06/08/20 | LEM | 1.10<br>0.80 | 269.50<br>196.00 | B P | Review draft audit report and correspondence from auditors re additional documents required. Draft demand to employer re additional documents required and draft audit findings. Discussions with M. Stafford re same. |
| | | | | | |
| 06/08/20 | MPM | 0.50 | 125.00 | B P | Revise draft letter re amounts due in audit and failure to provide all documents. |
| 06/09/20 | LEM | 0.20<br>0.10 | 49.00<br>24.50 | B P | Review, finalize, sign letter to employer re draft audit. Email E. Cotterill re issuing same. |
| 06/09/20 | MRS | 0.10 | 25.00 | B P | Call with L. Mendoza re status and further handling, demand to employer re audit report and documentation to submit |
| 06/10/20 | EC | 0.20 | 29.00 | B P | Review and respond to email from L. Mendoza regarding demand for audit payment and exhibits to same; issue same to Employer |
| 06/11/20 | LEM | 0.40 | 98.00 | B P | Telephone call with employer re demand concerning documents required and explanation of same. Intra-office conference with M. Stafford re same. |
| 06/12/20 | EC | 0.60 | 87.00 | B P | Receive Stipulated payment #4; prepare transmittal; update amortization sheet and recoveries; communications with L. Mendoza regarding same; issue transmittal; review 5/20 job report and research ISSI to confirm timely payment of 3/20 contributions; update recoveries and Stipulation Compliance Tracking sheet regarding same; email L. Mendoza confirming same |
| 06/12/20 | LEM | 0.20 | 49.00 | B P | Review recent payment and job report from employer. Review, sign payment allocation transmittal. Email B. Muller re same. |
| 06/15/20 | LEM | 0.10 | 24.50 | B P | Prepare email to auditor re employer's documentation in response to demand re additional information needed for audit. |
| 06/15/20 | MRS | 0.20 | 50.00 | B P | Review audit dispute documentation, emails with L. Mendoza re same |
| 06/18/20 | EC | 0.10 | 14.50 | B P | Calendar Employer's deadline to respond to recent demand; case management |

**EXHIBIT C - 1**

| 06/19/20 | LEM | 0.30 | 73.50 | B P | Review email from auditor requesting additional information from employer. Draft email to auditors re employees listed on classification worksheet. Email M. Stafford re same. |
| 06/19/20 | MRS | 0.10 | 25.00 | B P | Review and revise email to employer, email to L. Mendoza re same |
| 06/25/20 | EC | 0.30 | 43.50 | B P | Review compliance documents; research ISSI to confirm timely payment of 5/20 contributions; update Stipulation Compliance Tracking sheet and recoveries to reflect 5/20 contribution payment; email L. Mendoza regarding same; advise L. Mendoza regarding unapplied credit noted on account |
| 06/25/20 | LEM | 0.30 | 73.50 | B P | Review ISSI and research unapplied credit. Draft email to administrator re unapplied credit. Email M. Stafford re same. |

```
OE3CL-FOURMS2      CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21     Page 005/005
Operating Engineers Local 3 Collections                                    Four M's Construction 2
```

| Date | Emp | Hours | Dollars | Gp | |
|------|-----|-------|---------|-----|---|
| 06/26/20 | LEM | 0.20 | 49.00 | B P | Review email from auditor re additional document request from employer; prepare email to auditor re same and follow-up on questions re employee search on ISSI. |
| 07/01/20 | LEM | 0.10 | 24.50 | B P | Review email from employer re June 2020 job report; review job report. |
| 07/06/20 billable | LEM | 0.40 0.30 | 98.00 73.50 | B P | Review emails from Auditor re documents provided from employer and additional documents needed. Draft email to employer based on same. Email M. Stafford same. |
| 07/10/20 | EC | 0.10 | 14.50 | B P | Review 6/20 job report; case management, including update Stipulation Compliance Tracking Sheet |
| 07/13/20 | EC | 0.10 | 14.50 | B P | Review email from Auditor advising that audit has been completed and undergoing partner review; email Auditor requesting draft total owed and review response; emails with M. Minser and L. Mendoza regarding further handling of request for additional documents from Employer |
| 07/13/20 | LEM | 0.20 | 49.00 | B P | Review email from auditor re audit. Intra-office discussions re same. |
| 07/14/20 | LEM | 0.10 | 24.50 | B P | Review file re status and further handling in preparation for status report updates. |

**EXHIBIT C - 1**

07/15/20  LEM    0.20       49.00      B P   Intra-office conference with M. Stafford re further action in light of
                                             draft audit report.

07/16/20  EC     0.40       58.00      B P   Receive Stipulated payment #5; draft and issue transmittal letter;
 billable        0.30       43.50            update recoveries chart; update amortization chart; communications with
                                             L. Mendoza regarding same

07/16/20  LEM    0.10       24.50      B P   Review, sign payment allocation transmittal.

08/03/20  MRS    0.70      175.00      B P   Multiple emails with co-chairs, auditor and S. Brown re audit findings,
                                             declarations and information on subcontractor included in audit, call
                                             with S. Brown re same, review all declarations obtained by auditor,
                                             email to auditor re further handing and email to committee re same

08/14/20  EC     0.30       43.50      B P   Receive Stipulated payment #6; draft and issue transmittal letter;
                                             update recoveries chart; update amortization chart

08/14/20  LEM    0.10       24.50      B P   Review payment from employer. Review, sign payment allocation
                                             transmittal.

08/31/20  EC     0.40       58.00      B P   Review 7/20-8/20 job reports; case management; research ISSI regarding
                                             6/20-7/20 contribution reports and payments; update Stipulation
                                             Compliance Tracking sheet and Recoveries; email L. Mendoza regarding
                                             same

09/15/20  EC     0.30       43.50      B P   Receive Stipulated Payment #7; prepare and issue transmittal for same;
                                             update amortization sheet and recoveries

09/15/20  LEM    0.10       24.50      B P   Review, sign payment allocation transmittal.

09/29/20  LEM    0.10       24.50      B P   Review email from employer re job reports.


OE3CL-FOURMS2     CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21     Page 006/006
Operating Engineers Local 3 Collections                          Four M's Construction 2


Date      Emp    Hours      Dollars  Gp

10/13/20  EC     0.20       29.00      B P   Review compliance documents; research ISSI to confirm timely payment of
                                             8/20 contributions; update Stipulation Compliance Tracking sheet and
                                             Recoveries chart; email L. Mendoza regarding same

10/16/20  EC     0.40       58.00      B P   Receive Stipulated payment #8; draft and issue transmittal letter;
                                             update recoveries chart; update amortization chart

**EXHIBIT C - 1**

| Date | Initials | Hours | Amount | | Description |
|---|---|---|---|---|---|
| 10/16/20 | LEM | 0.10 | 24.50 | B P | Review, sign payment allocation transmittal. |
| 11/10/20 | EC | 0.30 | 43.50 | B P | Review compliance documents; research bank records to confirm deposit of current contributions; update Stipulation Compliance Tracking Sheet and Recoveries; case management |
| 11/17/20 | EC | 0.30 | 43.50 | B P | Receive Stipulated payment #9; draft and issue transmittal letter; update recoveries chart; update amortization chart |
| 11/17/20 | MRS | 0.10 | 25.00 | B P | Review and sign transmittal, email to E. Cotterill re audit payment |
| 11/30/20 | EC | 0.20 | 29.00 | B P | Research ISSI to confirm payment of 10/20 contributions; update Stipulation Compliance Tracking Sheet and recoveries; email M. Stafford regarding same |
| 11/30/20 | EC | 0.20 | 29.00 | B P | Review file to determine status of audit dispute; emails with M. Minser regarding further handling |
| 12/02/20 | EC | 0.10 | 14.50 | B P | Review compliance documents; update Stipulation Tracking Sheet |
| 12/04/20 | EC | 0.20 | 29.00 | B P | Review audit dispute meeting materials; email M. Minser regarding findings and further handling |
| 12/22/20 | MEH | 0.30 | 43.50 | B P | Prepare transmittal, update recoveries and amortization charts for M. Minser's review and issue to administrator via email |
| 12/22/20 | MPM | 0.10 | 25.00 | B P | Review and sign transmittal letter. |
| 01/06/21 | EC | 0.20 | 29.00 | B P | Review recent transmittal and Stipulation Compliance Tracking sheet; email M. Minser regarding upcoming deadline for final Stipulated Payment and further handling of audit in light of same |
| 01/11/21 | EC | 0.10 | 14.50 | B P | Review draft audit report and email from Auditor regarding further handling of same; email M. Minser regarding response |
| 01/19/21 | EC | 0.10 | 14.50 | B P | Review email from Auditor regarding further handling of audit report; emails with M. Minser regarding same; review emails between M. Minser and S. Brown regarding same |
| 01/19/21 | MPM | 0.40 | 100.00 | B P | E-mails with S. Brown and E. Cotterill re finalizing draft audit report and billing same. |
| 01/26/21 | EC | 0.50 | 72.50 | B P | Receive Stipulated payment #4; +$$; emails with M. Minser regarding preparation of billing letter for audit, final payment notice; review payoff demand from Title Company; emails with M. Minser regarding further handling |
| 01/26/21 | MPM | 0.20 | 50.00 | B P | Review payoff demand; E-mails with E. Cotterill re same. |

**EXHIBIT C - 1**

```
OE3CL-FOURMS2      CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER   Run On  02/22/24  02/27/20-01/28/21      Page 007/007
Operating Engineers Local 3 Collections                                    Four M's Construction 2


Date      Emp     Hours       Dollars  Gp

01/28/21  MPM     0.10         25.00      B P   Review and sign transmittal letter.


          -------- -------------      -------- -------------              -------------
Total FEES    26.40     5,116.50       23.70     4,576.00                    540.50    (CP 02/27/20-01/28/21)
  (92)       217.80    43,795.50      154.50    29,744.50                 14,051.00    (CTD Through 01/28/21)
          ======== =============      ======== =============              =============
                   Actual Hours/$             Billable Hours/$              Write-dn $



----------------------------------------
Fee Analysis   (CP 02/27/20-01/28/21)
                                    ------ Actual -------   Actual $/   ------- Billable ----   Billable$/
Code Name                           Hours       Dollars    Actual Hrs   Hours       Dollars    Actual Hrs

EC   (not found in table)           12.20      1,713.00      140.41      11.20     1,577.00      129.26
LEM  Lucy Mendoza                    9.50      2,276.50      239.63       7.80     1,872.00      197.05
MEH  (not found in table)            0.30         43.50      145.00       0.30        43.50      145.00
MPM  Matthew Minser                  1.50        375.00      250.00       1.50       375.00      250.00
MRS  (not found in table)            2.90        708.50      244.31       2.90       708.50      244.31


===========================================================================================================================
COSTS - Direct                                                                                    COSTS - Direct

Date           Units       Dollars  Gp

               -------------             -------------
Tot DIR COSTS          0.00                      0.00                                     (CP 02/27/20-01/28/21)
                   1,706.06                  1,706.06                                     (CTD Through 01/28/21)
               -------------             -------------
                  Actual Units/$           Billable Units/$
```

**EXHIBIT C - 1**

```
OE3CL-FOURMS2     CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER  Run On  02/22/24  01/29/21-01/31/23    Page 001/001
Operating Engineers Local 3 Collections                          Opened 02/14/18  Closed     n/a  Posted 02/27/23
FOUR M'S CONST. 2                                                                  Last Payment 02/15/23  118.50
                                                          ------------------------------------------------------
                                                          [ ] Close case
                                                          [ ] Place matter on hold
                                                          [ ] See me


                                                          ------------------------------------------------------
CCA    Matthew Minser                              Name of Matter:  Four M's Construction 2

RA1    Matthew Minser

Status Codes      None
Finance Charges   N  FBCC     CBCC     Rate Cd A
Sales Tax         None
Ret Acct  Min 0   No auto transfers chosen
Unbilled only     N


=================================================================================================================
FEES                                                                                                         FEES

Date      Emp    Hours      Dollars  Gp

01/29/21  EC     1.70       246.50        B P   Review draft audit report; emails with M. Minser regarding further
                                                handling; emails with Auditor confirming approval to finalize audit
                                                report and requesting copy of same, and regarding whether revisions
                                                following partner review are reflected in draft report; prepare audit
                                                billing letter, including calculate additional interest owed; provide
                                                same to M. Minser for review; emails with M. Minser regarding holding
                                                payoff demand until confirmation of amounts owed on audit; email Title
                                                Company regarding same; research ISSI to confirm payment of 12/20
                                                contributions; update Stipulation Compliance Tracking sheet with same;
                                                calculate final conditional stipulated payment amount, including
                                                research fees and determine expected costs for lien releases; email M.
                                                Minser regarding same

01/29/21  MPM    0.10        25.00        B P   E-mails with E. Cotterill re final audit report.

02/01/21  EC     1.10       159.50        B P   Draft response to payoff demand request from Title Company, including
                                                calculate Judgment balance as of today's date and amount owed to date on
                                                recent audit; email M. Minser regarding same and further handling of
                                                audit demand and request for final report from Auditor

02/01/21  MPM    0.10        25.00        B P   E-mail to S. Brown re audit and payoff demand.

02/02/21  EC     0.30        43.50        B P   Review Employer's Stipulation Compliance and update tracking sheet;
```

**EXHIBIT C - 2**

research ISSI to confirm timely payments of 11/20-12/20 contributions and review job reports; update recoveries; email M. Minser regarding same

| Date | Emp | Hours | Dollars | Gp | | Description |
|---|---|---|---|---|---|---|
| 02/05/21 | EC | 0.30 | 43.50 | B | P | Emails with M. Minser regarding payoff demand response; finalize and issue same to Title Company |
| 02/05/21 | MPM | 0.30 | 75.00 | B | P | Review and sign payoff demand. |
| 02/08/21 | MPM | 0.10 | 25.00 | B | P | E-mails with S. Brown re contact with Employer. |
| 02/08/21 | MPM | 0.20 | 50.00 | B | P | Detailed e-mail to Auditor re status of audit dispute. |

OE3CL-FOURMS2     CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER    Run On  02/22/24  01/29/21-01/31/23    Page 002/002
Operating Engineers Local 3 Collections                          Four M's Construction 2

| Date | Emp | Hours | Dollars | Gp | | Description |
|---|---|---|---|---|---|---|
| 02/10/21 | MPM | 0.40 | 100.00 | B | P | Prepare for and participate in call with M. Quackenbush re audit dispute. |
| 02/12/21 | EC | 0.80 | 116.00 | B | P | Review emails between Employer and M. Minser regarding amounts found due on audit; emails with M. Minser regarding handling of final payment letter pending reciept of final audit report; prepare final conditional stipulated payment letter, including calculate all amounts due as of 2/15/21, including amounts owed on audit; email M. Minser regarding same |
| 02/12/21 | MPM | 0.30 | 75.00 | B | P | E-mails with Auditor re audit dispute; E-mails with Employer re payoff demand. |
| 02/18/21 | EC | 0.80 | 116.00 | B | P | Review final audit report; emails with M. Minser regarding finalizing audit demand and final payment notice; finalize and issue same to Employer; calendar response deadlines; review email from Employer requesting phone call to discuss amounts owed; emails with M. Minser regarding same; phone call with Employer regarding amounts owed in order to release lien; email M. Minser summarizing Employer's questions |
| 02/18/21 | MPM | 0.30 | 75.00 | B | P | Review and sign demand letter re audit. |
| 02/23/21 | EC | 0.10 | 14.50 | B | P | Review email from Employer regarding amounts owed to satisfy Judgment and/or release lien; email M. Minser regarding same |
| 02/25/21 | EC | 0.80 | 116.00 | B | P | Review email from Employer to M. Minser seemingly questioning overlap |

**EXHIBIT C - 2**

between current audit and previous audit; research Judgment, Writ and recoveries in prior case, original Stipulation and Amended Stipulation; research prior audit details; email M. Minser regarding same; review email from M. Minser to Employer in response; receive Stipulated payment #12; prepare and issue transmittal; update amortization sheet and recoveries; update fee recoveries

| Date | Emp | Hours | Dollars | Gp | | Description |
|------|-----|-------|---------|----|---|-------------|
| 02/25/21 | MPM | 0.20 | 50.00 | B | P | E-mails with Employer and Auditor re audit dispute. |
| 02/25/21 | MPM | 0.10 | 25.00 | B | P | Review and sign transmittal letter. |
| 03/02/21 | MPM | 0.30 | 75.00 | B | P | E-mails with S. Brown and Employer re audit dispute. |
| 03/03/21 | MPM | 0.30 | 75.00 | B | P | E-mails with Auditor re dispute documents to be produced by Employer; Send update to S. Brown. |
| 03/11/21 | MPM | 0.10 | 25.00 | B | P | E-mail to Auditor re dispute documents from Employer. |
| 03/19/21 | MPM | 0.10 | 25.00 | B | P | E-mail to Employer re Auditor's address for dispute documents to be sent; E-mail to Auditor re same. |
| 03/24/21 | MPM | 0.10 | 25.00 | B | P | E-mail to Employer re receipt of invoices. |
| 03/30/21 | EC | 0.30 | 43.50 | B | P | Receive payment for additional amounts owed under Stipulated Judgment; prepare and issue transmittal; update recoveries |
| 03/31/21 | MPM | 0.10 | 25.00 | B | P | Review and sign transmittal letter. |
| 04/05/21 | MPM | 0.30 | 75.00 | B | P | E-mails with S. Brown re audit status. |

OE3CL-FOURMS2      CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER    Run On  02/22/24  01/29/21-01/31/23      Page 003/003
Operating Engineers Local 3 Collections                                Four M's Construction 2

| Date | Emp | Hours | Dollars | Gp | | Description |
|------|-----|-------|---------|----|---|-------------|
| 04/08/21 | MPM | 0.20 | 50.00 | B | P | E-mails with opposing counsel re audit dispute. |
| 05/04/21 | MPM | 0.30 | 75.00 | B | P | Review and respond to message from opposing counsel re audit dispute status; Send e-mail to Auditor re same. |
| 05/11/21 | MPM | 0.20 | 50.00 | B | P | E-mails with S. Brown re audit dispute. |
| 05/13/21 | MPM | 0.30 | 75.00 | B | P | E-mails with S. Brown re update on audit dispute. |

**EXHIBIT C - 2**

| 05/26/21 | EC | 0.20 | 29.00 | B P | Review emails between M. Minser and Auditor regarding analysis of additional documents provided by Employer in dispute of audit; email M. Minser regarding status of further communications with Auditors regarding same |
|---|---|---|---|---|---|
| 05/28/21 | MPM | 0.10 | 25.00 | B P | E-mail to E. Cotterill re current status and further action. |
| 06/16/21 | MPM | 0.40 | 0.00 | B P | Review file; E-mails with Auditors re additional questions on audit dispute and further action re same. |
| 07/02/21 | MPM | 0.50 | 125.00 | B P | E-mails with Auditor re draft audit report; Review draft audit report; Send same to opposing counsel. |
| 07/07/21 | AAW | 0.70 | 101.50 | B P | Communication with M. Minser regarding case status and further handling; Draft payoff demand to title company; Calculate all amounts due pursuant to judgment and revised audit findings, including additional interest on both |
| 07/08/21 | AAW | 0.10 | 14.50 | B P | Issue correspondence. |
| 07/08/21 | MPM | 0.40 | 100.00 | B P | Review, revise, and sign payoff demand letter; E-mails with Employer's attorney re payoff demand. |
| 08/05/21 | MPM | 0.30 | 75.00 | B P | Review file; E-mail to opposing counsel regarding audit report and Employer's failure to submit any additional dispute support. |
| 08/10/21 | MPM | 0.10 | 25.00 | B P | E-mails with Auditor re audit dispute and proposed responses. |
| 08/12/21 | MPM | 0.30 | 75.00 | B P | E-mails with Auditor and S. Brown re audit dispute and invoices to be reviewed by Union. |
| 10/19/21 | AAW | 0.50 | 72.50 | B P | Draft, finalize and issue payoff demand |
| 10/19/21 | MPM | 0.10 | 25.00 | B P | Review and approve payoff demand to title company. |
| 10/20/21 | AAW | 0.20 | 29.00 | B P | Receive and review e-mails between Auditor and opposing counsel regarding audit dispute; Communication with M. Minser regarding same and further handling |
| 10/20/21 | MPM | 0.20 | 50.00 | B P | Review e-mails re ongoing audit dispute. |
| 12/01/21 | MPM | 0.30 | 75.00 | B P | Review revised audit report; E-mail to MPSA re same. |
| 01/03/22 | AAW | 0.40 | 66.00 | B P | Receive payment in response to final payoff. Draft and issue transmittal. Update recoveries chart. Communication with M. Minser regarding same |

# EXHIBIT C - 2

```
OE3CL-FOURMS2      CURRENT PERIOD AND HISTORY PRE-BILLING LEDGER    Run On  02/22/24  01/29/21-01/31/23      Page 004/004
Operating Engineers Local 3 Collections                                    Four M's Construction 2
```

| Date | Emp | Hours | Dollars | Gp | | |
|------|-----|-------|---------|----|----|---|
| 01/04/22 | MPM | 0.10 | 28.50 | B P | Review and approve transmittal letter. | |
| 02/11/22 | AAW | 0.30 | 49.50 | B P | Communication with M. Minser regarding case status and further handling | |
| 02/12/22 | AAW | 0.80 | 132.00 | B P | Research file regarding fees and costs to date. Analysis of previous transmittals to determine remaining amount due for fees pursuant to judgment. Calculate all amounts due. Prepare demand for attorney's fees. | |
| 03/01/22 | MPM | 0.40 | 114.00 | B P | Review and revise demand letter to Employer's attorney. | |
| 03/04/22 | AAW | 0.30 | 49.50 | B P | Communication with Administrator regarding available credit. Finalize and issue demand | |
| 05/09/22 | AAW | 0.40 | 66.00 | B P | Telephone call with M. Minser regarding Employer's failure to report, outstanding fees and further handling | |
| 05/09/22 | MPM | 0.20 | 57.00 | B P | Call with A. Wood re non-reporting, failure to pay attorneys' fees, issuing default notice and further action. | |
| 12/05/22 | AAW | 0.20 | 33.00 | B P | Receive and review e-mail from MPSA requesting contact information relative to back-up documentation needed in support of recent payment. Telephone call with M. Minser regarding same, plus case status and further handling. | |
| 12/05/22 | MPM | 0.30 | 85.50 | B P | Review and respond to e-mail from MPSA re payment received without backup; Communicate with A. Wood re amounts still owed by Employer. | |

```
           -------- -------------    -------- -------------              -------------
Total FEES   18.40     3,501.50         18.40     3,501.50                              (CP 01/29/21-01/31/23)
  (55)      236.20    47,297.00        172.90    33,246.00               14,051.00      (CTD Through 01/31/23)
           ======== =============    ======== =============              =============
                  Actual Hours/$             Billable Hours/$                 Write-dn $
```

```
---------------------------------------
Fee Analysis   (CP 01/29/21-01/31/23)
```

| | ------ Actual ------- | | Actual $/ | ------- Billable ---- | | Billable$/ |
|------------|-------|---------|-----------|-------|---------|------------|
| Code Name | Hours | Dollars | Actual Hrs | Hours | Dollars | Actual Hrs |

**EXHIBIT C - 2**

```
AAW  Alicia Wood                        3.90      613.50     157.31     3.90      613.50     157.31
EC   (not found in table)               6.40      928.00     145.00     6.40      928.00     145.00
MPM  Matthew Minser                     8.10    1,960.00     241.98     8.10    1,960.00     241.98


==================================================================================================
COSTS - Direct                                                                     COSTS - Direct

Date              Units      Dollars  Gp

                            -------------             -------------
Tot DIR COSTS                    0.00                      0.00                 (CP 01/29/21-01/31/23)
                             1,706.06                  1,706.06                 (CTD Through 01/31/23)
                            -------------             -------------
                           Actual Units/$            Billable Units/$
```

# EXHIBIT C - 2

Case 3:18-cv-01729-LB    Document 30-2    Filed 10/21/25    Page 31 of 59

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| |  Time<br>Review response from employer re previous amounts paid; Communicate with L. Mendoza re same; E-mail to S. Brown re same; Call with S. Brown re same. | | BILLABLE | | 1/25/2024 | | 0.4 | | $325.00 | | $130.00 | | MPM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| |  Time<br>Review email from employer; communications with M. Minser regarding same and discussion with S. Brown regarding case, employer, and further action; communications with M. Minser regarding further action. | | BILLABLE | | 1/25/2024 | | 0.4 | | $300.00 | | $120.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |

**EXHIBIT C - 3**

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| |  Time<br>Review email from employer; review communications with M. Minser regarding allocation of prior payments; draft detailed response to employer regarding allocation of prior payments as requested and further action; email to M. Minser regarding same; review additional emails from employer re prior audit; review file, communications with M. Minser regarding same. | | BILLABLE | | 1/24/2024 | | 0.8 | | $300.00 | | $240.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| |  Time<br>Research and respond to e-mail from Employer re previous attorney's review and dispute of prior audit report and amounts paid via title company. | | BILLABLE | | 1/24/2024 | | 0.3 | | $325.00 | | $97.50 | | MPM | | OE3CL - Operating Engineers Local 3 Collection Matters | |

# EXHIBIT C - 3

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ Time<br>Review e-mail from Employer disputing application/allocation of amounts previously paid; Research same; Send response to L. Mendoza re same and response to Employer. | | BILLABLE | | 1/22/2024 | | 0.3 | | $325.00 | | $97.50 | | MPM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| | ☐ Time<br>Review email from employer regarding request for information regarding prior payments; email to M. Minser regarding same in conjunction with review of ISSI to determine same. | | BILLABLE | | 1/22/2024 | | 0.4 | | $300.00 | | $120.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| | ☐ Time<br>Review email from employer; communications with M. Minser regarding same. | | BILLABLE | | 1/16/2024 | | 0.2 | | $300.00 | | $60.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| | ☐ Time<br>Review Employer's response to demand; Communicate with L. Mendoza re same. | | BILLABLE | | 1/9/2024 | | 0.1 | | $325.00 | | $32.50 | | MPM | | OE3CL - Operating Engineers Local 3 Collection Matters | |

**EXHIBIT C - 3**

Case 3:18-cv-01729-LB     Document 30-2     Filed 10/21/25     Page 34 of 59

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT | |
|---|---|---|---|---|---|---|---|---|
| **Time** Review email from employer regarding demand and response to same; respond to same; communications with M. Minser regarding employer's potential bankruptcy. | BILLABLE | 1/9/2024 | 0.6 | $300.00 | $180.00 | LM | OE3CL - Operating Engineers Local 3 Collection Matters | |
| **Time** Review default notice to be sent directly to Employer. | PAID I-1683 | 12/21/2023 | 0.1 | $305.00 | $30.50 | MPM | OE3CL - Operating Engineers Local 3 Collection Matters | |
| **Time** Finalize and issue default notice to Employer via e-mail and U.S. Post Office. Calendar response deadline. | PAID I-1683 | 12/21/2023 | 0.3 | $175.00 | $52.50 | AW | OE3CL - Operating Engineers Local 3 Collection Matters | |
| **Time** Review file, email to employer's potential counsel; draft default notice to employer; email to M. Minser regarding same; research individual defendant to obtain most recent address; email to A. Wood regarding finalizing and issuing demand to employer. | PAID I-1683 | 12/21/2023 | 0.9 | $285.00 | $256.50 | LM | OE3CL - Operating Engineers Local 3 Collection Matters | |

**EXHIBIT C - 3**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|---|---|---|---|---|---|---|---|
| Time<br>Review correspondence from R. Hill re no longer representing Employer; Send e-mail to B. Rodriguez at Sheppard Mullin to confirm whether or not she represents Employer. | PAID I-1683 | 12/5/2023 | 0.2 | $305.00 | $61.00 | MPM | OE3CL - Operating Engineers Local 3 Collection Matters |
| Time<br>Review ISSI; Review stipulation; Revise and revise default notice to be sent to Employer's Counsel. | PAID I-1683 | 12/1/2023 | 0.5 | $305.00 | $152.50 | MPM | OE3CL - Operating Engineers Local 3 Collection Matters |
| Time<br>Finalize and issue demand to Employer's Counsel via e-mail and U.S. Post Office. Calendar response deadline. | PAID I-1683 | 12/1/2023 | 0.3 | $175.00 | $52.50 | AW | OE3CL - Operating Engineers Local 3 Collection Matters |
| Time<br>Review M. Minser's additions to default notice; update same; email to A. Wood regarding finalizing and issuing same; review email from Littler regarding no longer representing Four M's. | PAID I-1683 | 12/1/2023 | 0.4 | $285.00 | $114.00 | LM | OE3CL - Operating Engineers Local 3 Collection Matters |

EXHIBIT C - 3

| | ITEM | | STATUS | | DATE | | HRS. | | RATE | | TOTAL | | BILLED BY | | CONTACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 🕐 Time<br>Review file including status report, communications with employer's counsel, ISSI, pleadings, and communications with M. Minser regarding same; communications with M. Minser regarding further action; prepare summary of amounts owed; draft letter to employer's counsel regarding employer's default and summary of all outstanding amounts owed and reports due; email to M. Minser regarding same; run attorneys' fees and costs reports. | | PAID I-1538 | | 11/9/2023 | | 4.6 | | $285.00 | | $1,311.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| | 🕐 Time<br>Communications with M. Minser regarding outstanding delinquencies in preparation of drafting writ documents. | | PAID I-1538 | | 11/8/2023 | | 0.2 | | $285.00 | | $57.00 | | LM | | OE3CL - Operating Engineers Local 3 Collection Matters | |
| | 🕐 Time<br>Communicate with M. Minser regarding case status and further handling. | | PAID I-1538 | | 11/7/2023 | | 0.2 | | $175.00 | | $35.00 | | AW | | OE3CL - Operating Engineers Local 3 Collection Matters | |

EXHIBIT C - 3

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | CONTACT |
|------|--------|------|------|------|-------|-----------|---------|
| **Time** Review and respond to e-mail from A. Shuldiner re current status. | PAID I-1538 | 11/7/2023 | 0.1 | $305.00 | $30.50 | MPM | OE3CL - Operating Engineers Local 3 Collection Matters |
| **Time** Draft default notice for fees and costs. Research ISSI regarding outstanding delinquencies. Communicate with M. Minser regarding same and further handling. | PAID I-621 | 5/3/2023 | 0.7 | $175.00 | $122.50 | AW | OE3CL - Operating Engineers Local 3 Collection Matters |
| **Time** Communication with M. Minser regarding case status and further handling. | PAID I-481 | 4/21/2023 | 0.1 | $175.00 | $17.50 | AW | OE3CL - Operating Engineers Local 3 Collection Matters |
|  |  |  | 12.10 |  | $3,370.50 USD |  |  |

**EXHIBIT C - 3**

| | EXPENSE | STATUS | DATE | PRICE | TOTAL | QTY | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | Uncategorized<br>Lexis - legal research. | PAID I-1683 | 12/21/2023 | $33.02 | $33.02 | 1 | BJ | |

$33.02 USD

**EXHIBIT C - 4**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review returned writ of execution noting $0.00 was received, writ returned wholly unsatisfied. | BILLABLE | 9/12/2025 | 0.1 | $375.00 | $37.50 | LM |
| Time<br>Receive, review and save writ of execution returned. | BILLABLE | 9/11/2025 | 0.1 | $205.00 | $20.50 | AW |
| Time<br>Review email from US Marshal regarding expired writ being returned to the court on 9/8/25. | BILLABLE | 9/9/2025 | 0.1 | $375.00 | $37.50 | LM |
| Time<br>Review invoice from private investigator; internal email re payment of same. | BILLABLE | 9/5/2025 | 0.2 | $375.00 | $75.00 | LM |
| Time<br>Review email from Marshal re monies collected on past writs; Call with A. Wood re same and response to be sent; Communicate re filing returned writ. | BILLABLE | 9/4/2025 | 0.3 | $375.00 | $112.50 | MPM |
| Time<br>Review emails with US Marshal re return of writ and 2019 writ; save to file. | BILLABLE | 9/4/2025 | 0.2 | $375.00 | $75.00 | LM |

EXHIBIT C - 5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** <br> Receive and review e-mail from Marshal regarding recoveries for past writ. Telephone call with M. Minser regarding same and proposed response to U.S. Marshal. Draft and issue e-mail, along with attachments. Further communication with M. Minser regarding filing returned writ. | BILLABLE | 9/4/2025 | 0.3 | $205.00 | $61.50 | AW |
| **Time** <br> Review results of asset search; Review file; Review and respond to email from L. Mendoza re proceeds from sale of house and further action; Communicate with L. Mendoza re other possible collection options. | BILLABLE | 9/3/2025 | 0.5 | $375.00 | $187.50 | MPM |
| **Time** <br> Emails with private investigator; review report from same; save to file; lexis search in light of same; communications with M. Minser re further action; research whether Trust Funds can garnish or intercept principal's pension payments; communications with M. Minser re same; email A. Wood re further action. | BILLABLE | 9/3/2025 | 1.4 | $375.00 | $525.00 | LM |

EXHIBIT C - 5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ⬚ Time Communicate with L. Mendoza regarding further handling. E-mails with U.S. Marshal regarding return of writ of execution. | BILLABLE | 9/3/2025 | 0.1 | $205.00 | $20.50 | AW |
| ⬚ Time Review investigator services agreement; sign same; email to private investigator. | BILLED I-4476 | 8/25/2025 | 0.5 | $375.00 | $187.50 | LM |
| ⬚ Time Review file; research principal; email to private investigator regarding asset search needed and private information on principal. | BILLED I-4476 | 8/21/2025 | 0.5 | $375.00 | $187.50 | LM |
| ⬚ Time Review file; email to M. Minser and A. Wood re case status updates for use in status report for upcoming Board of Trustees meeting and further action in same; communications with M. Minser regarding same. | PAID I-4350 | 7/18/2025 | 0.4 | $350.00 | $140.00 | LM |
| ⬚ Time Communicate with L. Mendoza re current status and further action. | PAID I-4350 | 7/9/2025 | 0.1 | $375.00 | $37.50 | MPM |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review file; communications with M. Minser regarding further action; draft email to S. Brown re case and further handling recommendation; email M. Minser regaridng same; begin drafting case status update for use in status report for upcoming Board of Trustees meeting and further action in same. | PAID I-4350 | 7/9/2025 | 1.8 | $350.00 | $630.00 | LM |
| **Time** Review file; develop strategy for furhter handling; draft summary of case status for use in status report; communication with M. Minser regarding same; email M. Minser and A. Wood re same. | PAID I-3931 | 4/16/2025 | 0.6 | $350.00 | $210.00 | LM |
| **Time** Review response letter from Bank of America; attempted call to same re levy response; email M. Minser re same. | PAID I-3931 | 4/8/2025 | 0.4 | $350.00 | $140.00 | LM |
| **Time** Review and approve demand for claim of exemption to Bank of America. | PAID I-3787 | 3/17/2025 | 0.2 | $375.00 | $75.00 | MPM |

EXHIBIT C - 5

Case 3:18-cv-01729-LB    Document 30-2    Filed 10/21/25    Page 43 of 59

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Finalize and issue correspondence to Bank of America via U.S. Mail and U.S. Marshal via e-mail. Calendar follow-up deadline. | PAID I-3787 | 3/17/2025 | 0.3 | $205.00 | $61.50 | AW |
| **Time** Review email from M. Minser; final changes to letter to Bank of America; Email to A. Wood regarding finalizing and issuing same. | PAID I-3787 | 3/17/2025 | 0.3 | $350.00 | $105.00 | LM |
| **Time** Review file; email M. Minser re further action. Review file; email M. Minser re further action. | PAID I-3787 | 3/13/2025 | 0.1 | $350.00 | $35.00 | LM |
| **Time** Review file; draft letter to Bank of America re claim of exemption required and further action in conjunction with review of relevant statute; email M. Minser re review and approval of same; draft summary of case status for use in status report; email to M. Minser and A. Wood re same. | PAID I-3649 | 2/20/2025 | 0.9 | $350.00 | $315.00 | LM |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review file and current status of matter, including prior e-mails from U.S. Marshal. Communicate with M. Minser and L. Mendoza regarding further handling of pending levy. | PAID I-3510 | 1/8/2025 | 0.1 | $205.00 | $20.50 | AW |
| **Time** Email to US Marshal; review file in conjunction with updating status report to include further action taken; review email from US Marshal. | PAID I-3243 | 11/25/2024 | 0.5 | $300.00 | $150.00 | LM |
| **Time** Review Memorandum of Garnishee received from Bank of America; Communicate with L. Mendoza re same; Research Claim of Exemption process; E-mail to L. Mendoza re same. | PAID I-3132 | 10/10/2024 | 0.3 | $325.00 | $97.50 | MPM |
| **Time** Review email from US Marshal re memorandum of garnishee from Bank of America; email M. Minser and A. Wood re same; communications with M. Minser re same; research exemption claimed by Bank of America. | PAID I-3132 | 10/10/2024 | 0.4 | $300.00 | $120.00 | LM |

**EXHIBIT C - 5**

Case 3:18-cv-01729-LB    Document 30-2    Filed 10/21/25    Page 45 of 59

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review email from US Marshal. | PAID I-2965 | 9/27/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Review file; email to US Marshal. | PAID I-2965 | 9/26/2024 | 0.2 | $300.00 | $60.00 | LM |
| Time<br>Review email from US Marshal re Bank of America. | PAID I-2965 | 9/19/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Review file; communications with M. Minser re Bank of America's failure to respond to levy and further action; email to US Marshal. | PAID I-2965 | 9/18/2024 | 0.4 | $300.00 | $120.00 | LM |
| Time<br>Communicate with L. Mendoza re status of bank levy and further action. | PAID I-2965 | 9/18/2024 | 0.1 | $325.00 | $32.50 | MPM |
| Time<br>Review e-mail from Employer re possible bankruptcy filing; Review bankruptcy records on Pacer; Communicate with L. Mendoza re same; Review and revise letter to Bank of America re Memorandum of Garnishee. | PAID I-2965 | 9/12/2024 | 0.4 | $325.00 | $130.00 | MPM |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review file; review email from employer; email M. Minser re further action re levy; draft email to employer; email M. Minser re same; send email to employer; review and revise letter to Bank of America, communications with M. Minser re same; email A. Wood re finalizing and issuing same. | PAID I-2965 | 9/12/2024 | 1 | $300.00 | $300.00 | LM |
| Time<br>Finalize and issue demand for memorandum of garnishee to agent for service of process for Bank of America. Issue same to U.S. Marshal. Calendar response deadline. | PAID I-2965 | 9/12/2024 | 0.3 | $185.00 | $55.50 | AW |
| Time<br>Review file; Draft letter to Bank of America re proof of service of levy and obligations to respond pursuant to state laws; email M. Minser re same. | PAID I-2944 | 8/28/2024 | 0.5 | $300.00 | $150.00 | LM |
| Time<br>Receive, review and save proofs of service regarding service of levies. Calendar relevant deadlines. | PAID I-2944 | 8/19/2024 | 0.2 | $185.00 | $37.00 | AW |

EXHIBIT C - 5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| Time<br>Review email from Specialized Legal re service of levy. | PAID I-2944 | 8/15/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Review email from Specialized Legal regarding status on levy. | PAID I-2944 | 8/12/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Receive and review e-mails from Specialized Legal regarding status of service of levy. | PAID I-2944 | 8/12/2024 | 0.1 | $185.00 | $18.50 | AW |
| Time<br>Finalize levy documents for target and two debtor's. Compile levy packet. Issue same to Specialized Legal with detailed instructions for issuance of same. | PAID I-2944 | 8/5/2024 | 0.7 | $185.00 | $129.50 | AW |
| Time<br>Review M. Minser's comments regarding changes needed to levy documents; update levy documents; final review of levy documents; email A. Wood re same. | PAID I-2693 | 7/31/2024 | 0.4 | $300.00 | $120.00 | LM |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| Time<br>Review and revise levy packet; Lexis research re spouse of debtor David Mayhugh. | PAID I-2693 | 7/30/2024 | 0.3 | $325.00 | $97.50 | MPM |
| Time<br>Review file; communications with M. Minser regarding further action as to writ and levy; update status report; draft levy documents in conjunction with review of all levy forms to ensure all are up to date; email M. Minser re same. | PAID I-2693 | 7/26/2024 | 2.6 | $300.00 | $780.00 | LM |
| Time<br>Communications with M. Minser re further action. | PAID I-2693 | 7/17/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Communicate with A. wood re Employer's failure to comply with audit and further action. | PAID I-2693 | 7/16/2024 | 0.1 | $325.00 | $32.50 | MPM |
| Time<br>Email to employer; email to auditor, review response to same. | PAID I-2276 | 4/22/2024 | 0.1 | $300.00 | $30.00 | LM |
| Time<br>Review email from auditor; email to employer. | PAID I-2276 | 4/8/2024 | 0.2 | $300.00 | $60.00 | LM |

EXHIBIT C - 5

PracticePanther - OE3CL - Operating Engineers Local 3 Collection Matters | Four M's Construction 2

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review email from employer; respond to same. | PAID I-2276 | 4/2/2024 | 0.2 | $300.00 | $60.00 | LM |
| **Time**<br>Review email from auditor regarding review of documents and outstanding documents remaining; email to employer regarding same. | PAID I-2276 | 4/1/2024 | 0.4 | $300.00 | $120.00 | LM |
| **Time**<br>Review email from auditor; email to employer regarding audit. | PAID I-2126 | 3/19/2024 | 0.2 | $300.00 | $60.00 | LM |
| **Time**<br>Review email from employer; email to auditor regarding same. | PAID I-2126 | 3/14/2024 | 0.4 | $300.00 | $120.00 | LM |
| **Time**<br>Review email from Auditor regarding employer's failure to provide requested documents; respond to same; email to employer regarding same. | PAID I-2126 | 3/13/2024 | 0.4 | $300.00 | $120.00 | LM |
| **Time**<br>Review email from auditor, respond to same. | PAID I-2126 | 3/7/2024 | 0.1 | $300.00 | $30.00 | LM |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| Time<br>Review e-mail from Employer re audit compliance; Communicate with L. Mendoza re further action. | PAID I-2126 | 3/5/2024 | 0.1 | $325.00 | $32.50 | MPM |
| Time<br>Review email from employer; respond to same; communication with M. Minser re same; emails with auditors; further emails with employer. | PAID I-2126 | 3/5/2024 | 0.6 | $300.00 | $180.00 | LM |
| Time<br>Review emails from employer; communications with M. Minser regarding hardship list. | PAID I-2126 | 3/1/2024 | 0.2 | $300.00 | $60.00 | LM |
| Time<br>Review and revise e-mail to Employer re hardship. | PAID I-1975 | 2/29/2024 | 0.1 | $325.00 | $32.50 | MPM |
| Time<br>Review M. Minser's additions to email to employer; finalize, send email to employer. | PAID I-1975 | 2/29/2024 | 0.1 | $300.00 | $30.00 | LM |

**EXHIBIT C - 5**

Case 3:18-cv-01729-LB     Document 30-2     Filed 10/21/25     Page 51 of 59

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review email from employer regarding audit and financial hardship; communications with M. Minser regarding same; draft response email to employer regarding obligations and further action; email M. Minser re same. | PAID I-1975 | 2/28/2024 | 0.5 | $300.00 | $150.00 | LM |
| **Time** Review issued writ of execution. | PAID I-1975 | 2/26/2024 | 0.1 | $300.00 | $30.00 | LM |
| **Time** Download fees for multiple time periods. Review and bate-stamp relevant exhibits. Compile same. Finalize declaration in support of proposed writ. Communicate with L. Mendoza regarding same. E-file proposed writ of execution and ancillary documents. | PAID I-1975 | 2/23/2024 | 0.9 | $185.00 | $166.50 | AW |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review M. Minser's additions to attorney declaration in support of writ of execution; further revisions to same; email to A. Wood regarding additional exhibits needed in support of writ; review finalized exhibits for redaction purposes, redact exhibits for privilege; communications with A. Wood regarding finalizing and filing same. | PAID I-1975 | 2/23/2024 | 2.1 | $300.00 | $630.00 | LM |
| **Time**<br>Review e-mails from S. Brown and Auditor re exit audit status and communication with Employer; Review audit demand letter to Employer; Review ISSI; Review stipulated judgment; Review declaration of Minser in support of issuance of writ of execution; Revise same; Review and approve writ form; Review amortization chart re amounts previously received. | PAID I-1975 | 2/22/2024 | 1.6 | $325.00 | $520.00 | MPM |
| **Time**<br>Finalize and issue demand to Employer via e-mail and U.S. Post Office. Calendar response deadline. | PAID I-1975 | 2/22/2024 | 0.3 | $185.00 | $55.50 | AW |

# EXHIBIT C - 5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ⬜ Time<br>Review emails from S. Brown and auditor regarding exit audit, notification letter sent to employer, and communications with employer; respond to same; communications with M. Minser re further action as to audit compliance; draft demand to employer regarding audit entry; email to M. Minser regarding same; email to A. Wood re finalizing and issuing demand. | PAID I-1975 | 2/22/2024 | 1.6 | $300.00 | $480.00 | LM |
| ⬜ Time<br>Review file; Review and revise e-mail to S. Brown re recommendation for exit audit; Additional communications with L. Mendoza re same; Review and revise declaration in support of writ of execution. | PAID I-1975 | 2/21/2024 | 1.4 | $325.00 | $455.00 | MPM |

EXHIBIT C - 5

Case 3:18-cv-01729-LB    Document 30-2    Filed 10/21/25    Page 54 of 59

| | ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY | |
|---|---|---|---|---|---|---|---|---|
| | ☐ Time<br>Review M. Minser's additions to email to S. Brown regarding further handling recommendation; revise, send email to S. Brown; further emails with S. Brown regarding amounts owed to date and audit notification; communications with M. Minser regarding same. | PAID I-1975 | 2/21/2024 | 0.6 | $300.00 | $180.00 | LM | |
| | ☐ Time<br>Ongoing draft of attorney declaration in support of writ of execution with focus on writ chart and attorneys' fees and costs; draft writ of execution form; review file to compile all necessary exhibits; run attorneys' fees and costs reports; email to M. Minser re same; draft email to S. Brown regarding case, amounts owed to date, and further handling recommendation; email to M. Minser re same. | PAID I-1975 | 2/20/2024 | 3.9 | $300.00 | $1,170.00 | LM | |

**EXHIBIT C - 5**

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review file, in conjunction with ongoing drafting of attorney declaration in support of writ of execution; communications with M. Minser regarding calculation of fees and costs to date and estimated contributions; communications with M. Minser regarding exit audit needed for employer. | PAID I-1975 | 2/16/2024 | 5.9 | $300.00 | $1,770.00 | LM |
| **Time** Begin drafting attorney declaration in support of writ of execution. | PAID I-1975 | 2/1/2024 | 1.7 | $300.00 | $510.00 | LM |
| | | | 42.20 | | $12,929.50 USD | |

**EXHIBIT C - 5**

PracticePanther - OE3CL - Operating Engineers Local 3 Collection Matters | Four M's Construction 2

| EXPENSE | STATUS | DATE | PRICE | TOTAL | QTY | BILLED BY |
|---|---|---|---|---|---|---|
| Uncategorized<br>Background research fee. | BILLABLE | 9/5/2025 | $1,187.50 | $1,187.50 | 1 | BJ |
| Uncategorized<br>Lexis - legal research. | BILLABLE | 9/3/2025 | $52.98 | $52.98 | 1 | BJ |
| Uncategorized<br>Lexis - legal research. | BILLED I-4476 | 8/21/2025 | $28.99 | $28.99 | 1 | BJ |
| Uncategorized<br>Lexis - Legal Research | PAID I-3132 | 10/10/2024 | $11.82 | $11.82 | 1 | BJ |
| Uncategorized<br>Writ of Execution and supporting documents to Bank of America, N.A. | PAID I-3378 | 8/15/2024 | $624.75 | $624.75 | 1 | BJ |
| Uncategorized<br>Lexis - legal research. | PAID I-2693 | 7/30/2024 | $27.25 | $27.25 | 1 | BJ |

$1,933.29 USD

**EXHIBIT C - 6**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 296344 / 303387 | FOR COURT USE ONLY |
|---|---|---|

NAME: Matthew P. Minser / Luz E. Mendoza
FIRM NAME: Saltzman & Johnson Law Corporation
STREET ADDRESS: 5100-B1 Clayton Road, Suite 373
CITY: Concord    STATE: CA    ZIP CODE: 94521
TELEPHONE NO.: (510) 906-4710    FAX NO.:
EMAIL ADDRESS: mminser@silawcorp.com / lmendoza@silawcorp.com
ATTORNEY FOR (name): Plaintiffs

[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**USDC, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: Operating Engineers' Health & Welfare Trust Fund for N. CA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Four M's Construction & Backhoe, Inc., et al. | 3:18-CV-01729-LB |

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property
[ ] SALE  [ ] Real Property

[ ] Limited Civil Case (including Small Claims)
[X] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): Operating Engineers' Health & Welfare Trust Fund for Northern California, et al.
   is the [X] original judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Four M's Construction & Backhoe, Inc.
   725 Larkspur Dr.
   Tracy, California 95376

   [X] Additional judgment debtors on next page

5. **Judgment entered** on (date):
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

For items 11–17, see form MC-012 and form MC-013-INFO.

| 11. Total judgment (as entered or renewed) | $ | 36,567.03 |
|---|---|---|
| 12. Costs after judgment (CCP 685.090) | $ | 137,879.27 |
| 13. Subtotal (add 11 and 12) | $ | 174,446.30 |
| 14. Credits to principal (after credit to interest) | $ | 23,923.71 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 150,522.59 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 150,522.59 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $ 41.24
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: _____    Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

# EXHIBIT D

**EJ-130**

| Plaintiff/Petitioner: Operating Engineers' Health & Welfare Trust Fund for N. CA | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Four M's Construction & Backhoe, Inc., et al. | 3:18-CV-01729-LB |

21. [x] Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

K. David Mayhugh
725 Larkspur Dr.
Tracy, CA 95376

22. The judgment is for *(check one):*

   a. [ ] wages owed.

   b. [ ] child support or spousal support.

   c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address):*

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)

   a. *on (date):*                 a. *on (date):*

   b. name, type of legal entity if not a natural person, and    b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:               last known address of joint debtor:

   c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

   a. [ ] Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

     (1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
           judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

     (2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

     (3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
           judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
           to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
           415.46 and 1174.3(a)(2).)*

     (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
        not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

       (a) The daily rental value on the date the complaint was filed was $

       (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]          **WRIT OF EXECUTION**          **Page 2 of 3**

# EXHIBIT D

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner:  Operating Engineers' Health & Welfare Trust Fund for N. CA | CASE NUMBER: |
| Defendant/Respondent:  Four M's Construction & Backhoe, Inc., et al. | 3:18-CV-01729-LB |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130 [Rev. September 1, 2020]                **WRIT OF EXECUTION**                **Page 3 of 3**

For your protection and privacy, please press the Clear This Form button after you have printed the form.      **Print this form**   **Save this form**   Clear this form

**EXHIBIT D**