Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOUR M'S CONSTRUCTION & BACKHOE, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. 3:18-cv-01729-TSH<br><br>**PLAINTIFFS' REQUEST FOR REMOTE APPEARANCES AT JUDGMENT DEBTOR EXAMINATION AND ~~[PROPOSED]~~ ORDER GRANTING REQUEST** |

**PLAINTIFFS' REQUEST FOR REMOTE APPEARANCES**

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. (hereinafter "Plaintiffs" or Judgment Creditors") respectfully request that the Court authorize Plaintiffs' counsel and Judgment Debtor K. David Mayhugh to appear remotely via Zoom for the Judgment Debtor Examination scheduled for January 7, 2027, at 9:30 a.m., pursuant to the Court's November 3, 2026 Order for Appearance and Examination (Dkt. No. 35).

Good cause exists for the requested remote appearances because Plaintiffs' counsel, Luz E. Mendoza, who will conduct the examination, is located in Los Angeles, California. Conducting the examination remotely will avoid unnecessary travel time and expense, promote judicial economy, and

facilitate the efficient enforcement of the outstanding judgment without prejudicing any party.

Therefore, Plaintiffs respectfully request that the Court grant this request and enter the proposed order set forth below.

DATED: November 6, 2026

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/

Matthew P. Minser
Luz E. Mendoza
Attorneys for Plaintiffs, Operating Engineers' Health and Welfare Trust Fund for Northern California, et al.

## ~~[PROPOSED]~~ ORDER

Having considered Plaintiffs' Request for Remote Appearances at the Judgment Debtor Examination scheduled for January 7, 2027, and good cause appearing, the Court finds that remote appearances will avoid unnecessary travel time and expense, promote judicial economy, and facilitate the efficient enforcement of the outstanding judgment without prejudicing any party.

IT IS HEREBY ORDERED THAT:

1. The Judgment Debtor Examination of K. David Mayhugh, previously ordered by this Court on November 3, 2026 (Dkt. No. 35), shall proceed on January 7, 2027, at 9:30 a.m., as scheduled.

2. Plaintiffs' counsel and Judgment Debtor K. David Mayhugh are authorized to appear remotely via Zoom for purposes of the Judgment Debtor Examination, in lieu of appearing in person at the United States District Court in San Francisco, California.

3. The Courtroom Deputy shall provide the appropriate Zoom access information and any additional instructions for participating in the examination remotely. All persons appearing remotely shall comply with the Court's applicable rules and instructions governing remote proceedings.

4. Judgment Creditors shall arrange for personal service of the Court's November 3, 2026 Order for Appearance and Examination (Dkt. No. 35), together with this Order, upon K. David Mayhugh, and shall provide proof of such service to the Court not less than ten (10) days before the

Judgment Debtor Examination.

6. Should K. David Mayhugh fail or refuse to appear at the Judgment Debtor Examination herein scheduled to occur virtually, this Court may adjudicate K. David Mayhugh guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this Order.

IT IS SO ORDERED.

DATED: _November 6, 2026

UNITED STATES MAGISTRATE JUDGE
THOMAS S. HIXSON